UNITED STATES BANKRUPTCY COURT　　　　　　　SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90168 |
|---|---|---|---|
| Debtor | In Re: | Cineworld Group plc | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | James L. Bromley |
| Firm | Sullivan & Cromwell LLP |
| Street | 125 Broad Street |
| City & Zip Code | New York, NY 10004 |
| Telephone | (212) 558-4000 |
| Licensed: State & Number | 2333912 (NY) |

Seeks to appear as the attorney for this party:

| Barclays Bank PLC |
|---|
| Dated: September 7, 2022　　Signed: /s/ James L. Bromley |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:　　　　　Signed: _____
　　　　　　　　　　　　Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____　　　　　_____
　　　　　　　　　　　　United States Bankruptcy Judge