IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CINEWORLD GROUP PLC | § | Under Case No. 22-90168 (MI) |
| | § | |
| Debtors. | § | Joint Administration Requested |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** of the appearance of the undersigned attorney, as local counsel for Barclays Bank PLC ("Barclays"), a party in interest in the above-referenced cases, and pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, it is requested that copies of all notices and pleadings in these cases be given to, and served upon, the following:

William A. (Trey) Wood III
Bracewell LLP
711 Louisiana Street
Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1166
Facsimile:  (800) 404-3970
Trey.Wood@bracewell.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for service is neither intended as, nor is it consent of Barclays to jurisdiction of the Bankruptcy Court or venue in the Southern District of Texas, nor, specifically but not limited to, a waiver of (i) Barclays' rights to have final orders in non-core matters entered only after *de novo* review by a higher

court; (ii) Barclays' rights to trial by jury in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) Barclays' rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Barclays is or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments to Barclays are expressly reserved.

Respectfully submitted,

**BRACEWELL LLP**

By: /s/ *William A. (Trey) Wood III*
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bracewell.com
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1166
Facsimile: (800) 404-3970

*Local Counsel for Barclays Bank PLC*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on September 7, 2022, a true and correct copy of the foregoing was served by electronic means as listed on the Court's ECF noticing system.

                              */s/ William A. (Trey) Wood III*
                              William A. (Trey) Wood III