| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90168 |
|---|---|---|---|
| Debtor | In Re: | Cineworld Group plc, et al., | |

This lawyer, who is admitted to the State Bar of __Massachusetts__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Benjamin W. Loveland, Esq.<br>WILMER HALE<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Massachusetts Bar No. 669445 |
|---|---|

Seeks to appear as the attorney for this party:

| The Walt Disney Company |
|---|
| Dated: 09/07/2022    Signed: /s/ Benjamin W. Loveland |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                        Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge