| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90168 (MI) |
|---|---|---|---|
| Debtor | In Re: Cineworld Group plc, et al. | | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jennifer D. Raviele<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>212-808-7800<br>NY REG No. 4737250 |
|---|---|

Seeks to appear as the attorney for this party:

Benderson Development Company LLC; Blumenfeld Development Group Ltd.; Brookfield Properties Retail Inc.; National Retail Properties, Inc.; Newmark Merrill Companies; Regency Centers Corporation; Realty Income Corporation; SITE Centers Corp.; and Teachers Insurance and Annuity Association of America

| Dated: September 7, 2022 | Signed: /s/ Jennifer D. Raviele |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____   _____
United States Bankruptcy Judge