| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90168 |
|---|---|---|---|
| Debtor | In Re: | Cineworld Group plc | |

This lawyer, who is admitted to the State Bar of _____Ohio_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Ronald E. Gold<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>Cincinnati, Ohio 45202<br>513-651-6800<br>Ohio, Bar No. 0061351 |
|---|---|

Seeks to appear as the attorney for this party:

| WPG Legacy, LLC | |
|---|---|
| Dated: September 7, 2022 | Signed: /s/ Ronald E. Gold |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                                    United States Bankruptcy Judge