Ronald E. Gold, Esq.
Ohio Bar No. 0061351
Erin Severini
Ohio Bar No. 0091487
**FROST BROWN TODD LLC**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: 513-651-6800
Fax: 513-651-6981
Email: rgold@fbtlaw.com
        eseverini@fbtlaw.com

Mark A. Platt, Esq.
Texas Bar No. 00791453
**FROST BROWN TODD LLC**
4400 Post Oak Parkway, Suite 2850
Houston, Texas 77027
Tel: 214-545-3474
Fax: 214-545-3473
Email: mplatt@fbtlaw.com

**COUNSEL FOR WPG LEGACY, LLC**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Cineworld Group plc,** *et al.*, | **Case No. 22-90168 (MI)** |
| **Debtors.** | **Joint Administration Requested** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules

of Bankruptcy Procedure, the undersigned hereby appear in the above-captioned chapter 11

proceeding as counsel on behalf of WPG Legacy, LLC f/k/a Washington Prime Group Inc.

("WPG"), and request that all notices given or required to be given, including, but not limited to,

all orders and notices of any application, motion, petition, pleading, request, complaint or

demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affect WPG or this proceeding to be served upon:

| | |
|---|---|
| Ronald E. Gold, Esq. | Mark A. Platt, Esq. |
| Ohio Bar No. 0061351 | Texas Bar No. 00791453 |
| Erin Severini | **FROST BROWN TODD LLC** |
| Ohio Bar No. 0091487 | 4400 Post Oak Parkway, Suite 2850 |
| **FROST BROWN TODD LLC** | Houston, Texas 77027 |
| 3300 Great American Tower | Tel: 214-545-3474 |
| 301 East Fourth Street | Fax: 214-545-3473 |
| Cincinnati, Ohio 45202 | Email: mplatt@fbtlaw.com |
| Tel: 513-651-6800 | |
| Fax: 513-651-6981 | |
| Email: rgold@fbtlaw.com | |
|     eseverini@fbtlaw.com | |

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over WPG, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which WPG is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments WPG expressly reserves.

*[Remainder of Page Left Intentionally Blank]*

Dated: September 7, 2022                    Respectfully submitted,

                                            **FROST BROWN TODD LLC**

                                            */s/ Ronald E. Gold*
                                            Ronald E. Gold, Esq.
                                            Ohio Bar No. 0061351
                                            3300 Great American Tower
                                            301 East Fourth Street
                                            Cincinnati, Ohio 45202
                                            Tel: (513) 651-6800
                                            Fax: (513) 651-6981
                                            Email: rgold@fbtlaw.com
                                                    eseverini@fbtlaw.com

                                            -and-

                                            Mark A. Platt, Esq.
                                            Texas Bar No. 00791453
                                            4400 Post Oak Parkway, Suite 2850
                                            Houston, Texas 77027
                                            Tel: 214-545-3474
                                            Fax: 214-545-3473
                                            Email: mplatt@fbtlaw.com

                                            **COUNSEL FOR WPG LEGACY, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 7, 2022 a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was sent via ECF to all parties receiving ECF Notices in this chapter 11 case.

*/s/ Ronald E. Gold_____*

0028924.0477342  4865-7935-4417v3