IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CINEWORLD GROUP PLC., *et al.*,[1] | ) | Case No. 22-90168 (MI) |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE UNDER
FED. R. BANKR. P. 9010(b), REQUEST FOR ALL COPIES
PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR
ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(A)**

**PLEASE TAKE NOTICE** that the undersigned hereby appear in the above-caption case on behalf of EPR Properties, and pursuant to Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") 2002, 9007, and 9010(b) and section 1109(b) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), request that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon counsel of record at:

> Ted A. Dillman (*pro hac vice* pending)
> Latham & Watkins LLP
> 355 South Grand Avenue, Suite 100
> Los Angeles, CA 90071-1560
> Telephone: (213) 485-1234
> Email: ted.dillman@lw.com
>
> Christopher J. Kochman (*pro hac vice* pending)
> Latham & Watkins LLP
> 1271 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 906-1200
> Email: chris.kochman@lw.com

---

[1] TBA

Sean T. Wilson
Kelley Drye & Warren LLP
515 Post Oak Blvd. Suite 900
Houston, TX  77027
Telephone: (212) 808-7612
Email: swilson@kelleydrye.com

Robert L. LeHane (*pro hac vice* pending)
Jennifer D. Raviele (*pro hac vice* pending)
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7573
Email: rlehane@kelleydrye.com
Email: jraviele@kelleydrye.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provision and Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court for the Southern District of Texas or a waiver of any substantive or procedural rights of EPR Properties, including: (1) to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of Texas (the "***District Court***"); (2) to have a trial by jury in any proceeding so triable in this chapter 11 case or any case, controversy, or proceeding related to this chapter 11

case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (4) any other rights, claims, actions, defenses, setoffs or recoupments to which EPR Properties may be entitled under agreements in law, in equity, or otherwise, including to have disputes resolved by arbitration, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[*signatures on next page*]

**Dated: September 7, 2022**  **KELLEY DRYE & WARREN LLP**
**Location: Houston, Texas**  */s/ Sean T. Wilson*

Sean T. Wilson (Texas Bar No. 24077962)
515 Post Oak Blvd. Suite 900
Houston, TX  77027
Telephone: (212) 808-7612
Email: swilson@kelleydrye.com

-and-

Robert L. LeHane (*pro hac vice* pending)
Jennifer D. Raviele (*pro hac vice* pending)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7573
Email: rlehane@kelleydrye.com
Email: jraviele@kelleydrye.com

-and-

**LATHAM & WATKINS LLP**

Ted A. Dillman (*pro hac vice* pending)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Email: ted.dillman@lw.com

-and-

Christopher J. Kochman (*pro hac vice* pending)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: chris.kochman@lw.com

## CERTIFICATE OF SERVICE

  I certify that on September 7, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

          /s/ *Sean T. Wilson*
           Sean T. Wilson