| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-90168 |
|---|---|---|---|
| | Debtor | In Re: | Cineworld Group Plc |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ted A. Dillman<br><br>Latham & Watkins LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>(213) 485-1234, ted.dillman@lw.com<br>CA: 258499<br>9th Cir., CDCA, NDCA, SDCA, EDCA |
|---|---|

| Name of party applicant seeks to appear for: | EPR Properties |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✔____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   9/7/2022 | Signed: | /s/ Ted A. Dillman |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____        _____
                                                                    United States Bankruptcy Judge