UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 22-90168 |
|---|---|---|---|
| | Debtor | In Re: | Cineworld Group Plc |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher J. Kochman<br><br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200, chris.kochman@lw.com<br>NY: 5296975<br>SDNY and EDNY |

| Name of party applicant seeks to appear for: | EPR Properties |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/7/2022 | Signed: | /s/ Christopher J. Kochman |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                    United States Bankruptcy Judge