# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Wednesday, September 28, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Amelia | Adams | Stoll Keenon Ogden PLLC | Williams Magnolia Properties, LLC |
| Vienna | Anaya | Jackson Walker | Debtor |
| Rebecca | Chaikin | Jackson Walker | Debtor |
| Jeffrey | Fuisz | Arnold & Porter | Legacy Lender Group |
| Josh | Greenblatt | Kirkland and Ellis | Debtor |
| John | Higgins | Porter Hedges LLP | Cineplex Inc. |
| Peter | Kolla | Goodmans LLP | Cineplex Inc. |
| Brian | Lohan | Arnold & Porter | Legacy Lender Group |
| Christopher | Marcus | Kirkland and Ellis | Debtor |
| Michael | Messersmith | Arnold & Porter | Legacy Lender Group |
| Bradford | Sandler | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Josh | Sussberg | Kirkland and Ellis | Debtor |
| Benjamin | Wallen | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Maja | Zerjal Fink | Arnold & Porter | Legacy Lender Group |
| Ken | Ziman | Paul, Weiss | Cineplex Inc. |