## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **CINEWORLD GROUP PLC**, *et al.*, | § | Case No. 22-90168 (MI) |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE THAT** the Official Committee of Unsecured Creditors

(the "**Committee**"), party in interest in the above-captioned chapter 11 cases, hereby appears by

its proposed counsel, Weil, Gotshal & Manges LLP ("**Weil**") and Pachulski Stang Ziehl & Jones

LLP ("**PSZJ**" and, together with Weil, "**Counsel**").   Counsel hereby enter their appearance

pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*

(the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), and request that the undersigned be added to the official mailing

matrix and service lists in these cases.   Counsel request, pursuant to Bankruptcy Rules 2002

and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings

given or required to be given in these chapter 11 cases and copies of all papers served or required

to be served in these chapter 11 cases, including, but not limited to, all notices (including those

required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules,

statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/cineworld/. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

related adversary proceeding, be given and served upon the Committee through service upon

Counsel at the addresses, telephone, and facsimile numbers set forth below:

WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Gabriel A. Morgan (24125891)
Theodore S. Heckel
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com
            Gabriel.Morgan@weil.com
            Theodore.Heckel@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr
Sunny Singh
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
            Sunny.Singh@weil.com

PACHULSKI STANG ZIEHL & JONES LLP
Michael D. Warner (00792304)
Benjamin L. Wallen (24102623)
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone:  (713) 691-9385
Facsimile:  (713) 691-9407
Email:  mwarner@pszjlaw.com
            bwallen@pszjlaw.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein
Bradford S. Sandler
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
            bsandler@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the

Bankruptcy Rules specified above, but also includes, without limitation, notices of any orders,

pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or

petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and

any other document brought before this Court with respect to these chapter 11 cases and any

proceeding therein, whether formal or informal, whether written or oral, and whether transmitted

or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given

with regard to the above-referenced chapter 11 cases and the proceedings therein, all of which shall be sent to Counsel listed above.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in a proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) object to the jurisdiction of the Bankruptcy Court for any purpose, (e) any election of remedy, or (f) any rights, claims, actions and/or defenses, in law, in equity, or otherwise, all of which such rights, claims, actions and/or defenses, are expressly reserved.

*[Remainder of Page Intentionally Left Blank]*

Dated:  September 29, 2022
Houston, Texas

Respectfully submitted,

 /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Gabriel A. Morgan (24125891)
Theodore S. Heckel (*pro hac vice* pending)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com
            Gabriel.Morgan@weil.com
            Theodore.Heckel@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (*pro hac vice* pending)
Sunny Singh (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
            Sunny.Singh@weil.com

*Proposed Co-Counsel to the Official*
*Committee of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP
Michael D. Warner (00792304)
Benjamin L. Wallen (24102623)
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone:  (713) 691-9385
Facsimile:  (713) 691-9407
Email: mwarner@pszjlaw.com
            bwallen@pszjlaw.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein (*pro hac vice* pending)
Bradford S. Sandler (*pro hac vice* pending)
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email: rfeinstein@pszjlaw.com
            bsandler@pszjlaw.com

*Proposed Co-Counsel to the Official*
*Committee of Unsecured Creditors*

**<u>Certificate of Service</u>**

I hereby certify that on September 29, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

<u>  /s/  Alfredo R. Pérez                              </u>
Alfredo R. Pérez