UNITED STATES BANKRUPTCY COURT             SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 22-90168 (MI) |
|---|---|---|---|
| Debtor | In Re: | CINEWORLD GROUP PLC, et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Robert J. Feinstein<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>(212) 561-7700<br>NY (1767805) |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors | |
|---|---|
| Dated: 9/29/2022 | Signed: /s/ Robert J. Feinstein _____ |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:                     Signed: _____
                                         Deputy Clerk

## Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                          United States Bankruptcy Judge