IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 22-90168 |
| CINEWORLD GROUP PLC, § | |
| § | Chapter 11 |
| Debtor. § | |
| § | |

**RULE 2019 DISCLOSURE OF MULTIPLE REPRESENTATION**

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Clark Hill PLC ("**Clark Hill**"), submits this Verified Rule 2019 Statement of Multiple Representation ("**Verified Statement**") to provide the following information:

1. Clark Hill represents the following parties in interest with respect to the above captioned matter:

   a) MMM East, Inc.
   b) Vestar California XVII, LLC
   c) CPT Riverside Plaza

2. The entities listed above and on *Exhibit A* are each a creditor of the Debtors and the nature of each claim is described on *Exhibit A* attached hereto. Clark Hill represents each of these clients individually; they do not constitute a committee of any kind.

3. Each of the parties listed on *Exhibit A* has consented to multiple representation by Clark Hill in the above-captioned matter.

4. Clark Hill reserves the right to amend this Verified Statement as necessary.

Dated: September 30, 2022

**CLARK HILL PLC**

*/s/ Robert P. Franke*
Robert P. Franke (TX Bar No. 07371200)
Andrew G. Edson (TX Bar No. 24076364)
Audrey L. Hornisher (TX Bar No. 24094369)
901 Main St., Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Fax: (214) 651-4330
bfranke@clarkhill.com
aedson@clarkhill.com
ahornisher@clarkhill.com

**COUNSEL FOR MMM EAST, INC.;
VESTAR CALIFORNIA XVII, LLC;
CPT RIVERSIDE PLAZA**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 30, 2022, a true and correct copy of the foregoing document was served upon all parties who have consented to service via this Court's ECF System.

*/s/ Robert P. Franke*
Robert P. Franke

**Exhibit A**

| Creditor Name and Address | Nature of Claim[1] | Amount of Claim[2] |
|---|---|---|
| MMM East, Inc. | Landlord of the premises where the Debtors' operate a theater in San Diego, California. | $161,186.52 |
| Vestar California XVII, LLC | Landlord of the premises where the Debtors' operate a theater in El Cajon, California. | $188,130.62 |
| CPT Riverside Plaza | Landlord of the premises where the Debtors' operate a theater in Riverside, California. | $192,457.09 |

---

[1] The "Nature of the Claim" description provided herein is not intended to be an exclusive list of all potential claims, and the parties listed on this Exhibit "A" specifically reserve the right to assert claims other than those which are described herein.

[2] The "Amount of Claim" provided herein is not intended to be an exclusive amount of the potential claim and the parties listed on this Exhibit "A" specifically reserve the right to assert a different amount other than that which is listed.

3