**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CINEWORLD GROUP PLC,** *et al.*, | ) | **Case No. 22-90168 (MI)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure,

Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement

of his firm's (the "Firm") multiple representations in this case of the following utility companies

(the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to

provide post-petition utility goods/services to the Debtors:

1.  The names and addresses of the Utilities represented by the Firm are:

    A.    American Electric Power
            Attn:  Dwight C. Snowden
            American Electric Power
            1 Riverside Plaza, 13th Floor
            Columbus, Ohio 43215

    B.    Constellation NewEnergy, Inc.
            Constellation NewEnergy – Gas Division, LLC
            Attn:  Mark J. Packel
            Assistant General Counsel

    C.    Florida Power & Light Company
            Attn: Alexandre Ximenes
            Revenue Recovery Department RRD/LFO
            4200 W Flagler St
            Coral Gables, Florida 33134

    D.    Salt River Project
            Attn: Breanna Holmes, Customer Credit Services ISB232
            2727 E Washington St
            Phoenix AZ 85034-1403

E.  Tampa Electric Company
    TECO Peoples Gas System
    Attn: Barbara Taulton FRP, CAP
    Florida Registered Paralegal
    Tampa Electric Company
    702 N. Franklin Street
    Tampa, Florida 33602

F.  Southern California Edison Company
    Attn: Jeffrey S. Renzi, Esq.
    Director and Managing Attorney
    Southern California Edison Company, Law Department
    2244 Walnut Grove Avenue
    Rosemead, California  91770

G.  San Diego Gas & Electric Company
    Attn:  Kelli S. Davenport, Bankruptcy Specialist
    8326 Century Park Court
    San Diego, CA 92123

H.  The Connecticut Light & Power Company
    Yankee Gas Services Company
    NStar Electric Company of Western Massachusetts
    Eversource Gas of Massachusetts
    Public Service Company of New Hampshire
    NStar Electric Company
    NStar Gas Company
    Attn:  Honor S. Heath, Esq.
    Eversource Energy
    107 Selden Street
    Berlin, Connecticut  06037

I.  Virginia Electric and Power Company d/b/a Dominion Energy Virginia
    Attn: Sherry Ward
    600 East Canal Street, 10th floor
    Richmond, Virginia  23219

J.  Dominion Energy South Carolina, Inc.
    Public Service Company of North Carolina Incorporated d/b/a Dominion
    Energy North Carolina
    Attn:  Jay Bressler
    220 Operation Way
    Cayce, South Carolina 29033

K.     The Cleveland Electric Illuminating Company
       Ohio Edison Company
       Monongahela Power Company
       Potomac Edison Company
       Metropolitan Edison Company
       Jersey Central Power & Light Company
       Attn:  Kathy M. Hofacre
       FirstEnergy Corp.
       76 S. Main St., A-GO-15
       Akron, Ohio  44308

L.     Baltimore Gas and Electric Company
       Commonwealth Edison Company
       PECO Energy Company
       The Potomac Electric Power Company
       Delmarva Power & Light Company
       Atlantic City Electric Company
       Attn:  Lynn R. Zack, Esq.
       Assistant General Counsel
       Exelon Corporation
       2301 Market Street, S23-1
       Philadelphia, Pennsylvania  19103

M.     PSEG Long Island
       Attn:  Jeremy Goldsmith
       15 Park Drive
       Melville, New York 11747

N.     Public Service Electric and Gas Company
       Attn:  Matthew Cooney, Bankruptcy Department
       80 Park Plaza, T5D
       Newark, New Jersey 07102

O.     Colonial Gas Cape Cod
       KeySpan Energy Delivery Long Island
       KeySpan Energy Delivery New York
       Massachusetts Electric Company
       Niagara Mohawk Power Corporation
       Attn:  Vicki Piazza, D-1
       National Grid
       300 Erie Boulevard West
       Syracuse, NY 13202

P.     New York State Electric and Gas Corporation
Attn: Kelly Potter
James A. Carrigg Center
Bankruptcy Department
18 Link Drive
Binghamton, NY 13904

Q.     Rochester Gas and Electric Corporation
Attn: Patricia Cotton
89 East Avenue
Rochester, NY 14649

R.     Georgia Power Company
Attn: Daundra Fletcher
2500 Patrick Henry Parkway
McDonough, GA 30253

S.     Orange & Rockland Utilities, Inc.
Attn: Jennifer Woehrle
390 W. Route 59
Spring Valley, New York 10977

T.     Consolidated Edison Company of New York, Inc.
Attn: Christina J. Deleveaux, Esq.
Con Edison Law Department, Attn: Bankruptcy, 18th Floor
4 Irving Place
New York, New York 10003

U.     Southern California Gas Company
Attn: Cranston J. Williams, Esq.
Office of the General Counsel
555 W. Fifth Street, GT14G1
Los Angeles, CA 90013-1034

V.     Sacramento Municipal Utilities District
Attn: Randall J. Hakes, Esq.
6301 S Street, Mailstop A311
Sacramento, California 95817

W.     The Ohio Gas Company d/b/a Dominion Energy Ohio
Attn: Marcy Boni
2100 Eastwood Avenue
Akron, Ohio 44305

2.     The nature and the amount of claims (interests) of the Utilities, and the times of

4

acquisition thereof are as follows:

(a)     The following Utilities have unsecured claims against the above-referenced Debtors arising from prepetition utility usage:  American Electric Power, Tampa Electric Company, Southern California Edison Company, San Diego Gas and Electric Company, The Connecticut Light & Power Company, Yankee Gas Services Company, NStar Electric Company of Western Massachusetts, Eversource Gas of Massachusetts, Public Service Company of New Hampshire, NStar Electric Company, NStar Gas Company, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Public Service Company of North Carolina, Incorporated d/b/a Dominion Energy North Carolina, The Cleveland Electric Illuminating Company, Ohio Edison Company, Monongahela Power Company, Potomac Edison Company, Metropolitan Edison Company, Jersey Central Power & Light Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, The Potomac Electric Power Company, PECO Energy Company, Delmarva Power & Light Company, Atlantic City Electric Company, PSEG Long Island, Public Service Electric and Gas Company, Colonial Gas Cape Cod, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Niagara Mohawk Power Corporation, New York State Electric and Gas Corporation, Rochester Gas & Electric Corporation, Georgia Power Company, Orange & Rockland Utilities, Inc., Consolidated Edison Company of New York, Inc., Southern California Gas Company, Sacramento Municipal Utility District and The East Ohio Gas Company d/b/a Dominion Energy Ohio.

(b)     American Electric Power, Constellation NewEnergy, Inc., Constellation NewEnergy – Gas Division, LLC, Dominion Energy South Carolina, Inc., Florida Power & Light Company, TECO Peoples Gas System, Salt River Project, Metropolitan Edison Company, PECO Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company and

PSEG Long Island each held prepetition deposits that wholly or partially secured prepetition debt.

(c)     Tampa Electric Company and Baltimore Gas and Electric Company hold surety bonds that wholly or partially secured prepetition debt.

(d)     Florida Power & Light Company holds a letter of credit that it will make a claim upon for payment of the prepetition debt that the Debtors owe to Florida Power & Light Company.

(e)     For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the *Motion and Memorandum of Certain Utility Companies To: (A) Vacate, and/or Reconsider, and/or Modify Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures For Resolving Adequate Assurance Requests, and (IV) Granting Related Relief; and (B) Determine Adequate Assurance of Payment As To the Utilities* (the "Motion")(Docket No. 430) filed in the above-captioned, jointly-administered, bankruptcy cases.

3.     The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in September 2022.  The circumstances and terms and conditions of employment of the Firm by the Companies is protected by the attorney-client privilege and attorney work product doctrine.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

By:   /s/  Russell R. Johnson III
        Russell R. Johnson III (VSB No. 31468)
        LAW FIRM OF RUSSELL R. JOHNSON III, PLC
        2258 Wheatlands Drive
        Manakin-Sabot, Virginia 23103
        Telephone:  (804) 749-8861
        Facsimile: (804) 749-8862
        E-mail: russell@russelljohnsonlawfirm.com