IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CINEWORLD GROUP PLC, et al.,[1] | ) | Case No. 22-90168 (MI) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

PLEASE TAKE NOTICE that pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firm of Goodsill Anderson Quinn & Stifel, a Limited Liability Law Partnership LLP ("Goodsill") hereby submits this verified statement (the "Rule 2019 Statement") with respect to Goodsill's representation of Castle & Cooke Commercial, Inc. and Castle & Cooke Corona Crossings, LLC (collectively, the "Interested Parties") in the jointly-administered chapter 11 cases of the above-captioned debtors (the "Debtors"), and states as follows:

1. As of the date of this Rule 2019 Statement, Goodsill represents only the Interested Parties in these chapter 11 cases and accordingly the Interested Parties are the only persons or entities with respect to which Goodsill is required to file a Statement pursuant to Federal Rule of Bankruptcy Procedure 2019 (the "Rule 2019").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/Cineworld. The location of the Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

2.  Pursuant to Rule 2019, each Interested Party's address and "the nature and amount of each disclosable economic interest," if any, held by each Interested Party is as follows:

| Name | Address | Nature of Interest or Claim | Amount of Claim[2] |
|---|---|---|---|
| Castle & Cooke Commercial, Inc. | 680 Iwilei Road, Suite 510 Honolulu, Hawaii 96817 | Landlord under Lease for the premises located at 650 Iwilei Road, Honolulu, HI 96817 | $2,021,520.01 |
| Castle & Cooke Corona Crossings, LLC. | One Dole Drive, Westlake Village, CA 91362 | Landlord under Lease for the premises located at 2650 Tuscany Street, Corona, CA 92281 | $4,117,478.46 |

3.  Nothing contained in this Rule 2019 Statement is intended to, or should be construed (i) to waive any Interested Party's right to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) to waive any Interested Party's right to have final orders in non-core matters entered only after de novo review by a United States District Judge; (iii) as consent to the jurisdiction of the Court over any matter; (iv) as an election of remedy by any Interested Party; (v) as a waiver of any Interested Party's right to trial by jury in any proceeding so triable; (vi) as a waiver of any Interested Party's right to have the reference withdrawn in any matter subject to mandatory or

---

[2] All pre-petition amounts set forth herein are based on information currently available and for debt obligations include principal only. Additional amounts, including post-petition, may be due and owing to the Interested Parties listed herein and nothing in this Rule 9019 Statement waives the right of any Interested Party to assert a claim for all amounts it is owed, including amount in excess of those set forth herein.

discretionary withdrawal; (viii) as a waiver of any privilege or protection against disclosure including without limitation the attorney client privilege or the attorney work product doctrine; or (viii) as a waiver of any other rights, claims, actions, defenses, setoffs, or recoupments to which the Interested Parties or Goodsill are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.  Additionally, nothing herein should be construed as a limitation upon, or waiver of, any rights of any Interested Party to assert, file, and/or amend any proof of claim in accordance with applicable law and any order entered in these chapter 11 cases.

4.  Goodsill reserves all rights to amend or supplement this Rule 2019 Statement as necessary for any reason in accordance with Bankruptcy Rule 2019.

5.  The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose or use.

DATED:  Honolulu, Hawai'i, October 14, 2022.

Respectfully submitted,

/s/ *Johnathan C. Bolton*
JOHNATHAN C. BOLTON
Goodsill Anderson Quinn & Stifel
999 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5650

Attorney for Creditors
Castle & Cooke Commercial, Inc. and
Castle & Cooke Corona Crossings, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 14, 2022, a true and correct copy of the foregoing was served by electronic means as listed on the Court's ECF noticing system.

/s/ Johnathan C. Bolton