United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| CINEWORLD GROUP PLC, *et al.*,[1] | ) Case No. 22-90168 (MI) ) |
| Debtors. | ) (Jointly Administered) ) |
| | ) **Re: Docket No. 26** |

**ORDER (I) AUTHORIZING
(A) REJECTION OF CERTAIN UNEXPIRED LEASES OF
NON-RESIDENTIAL REAL PROPERTY AND (B) ABANDONMENT
OF CERTAIN PERSONAL PROPERTY, IF ANY, EACH EFFECTIVE
AS OF THE REJECTION DATE, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) authorizing the Debtors to (i) reject certain Leases listed on **Schedule 1** to this Order and (ii) abandon certain Personal Property that may be located at the Premises, each effective as of the Rejection Date (as defined below), and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/cineworld. The location of Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is: 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in support of the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Leases listed on **Schedule 1** attached hereto are rejected under section 365 of the Bankruptcy Code effective as of the later of (a) the rejection date listed on **Schedule 1** and (b) the date the Debtors relinquish control of the Premises by notifying the affected landlord of the Debtors' surrender of the Premises and turning over keys, key codes, and security codes, if any, to the affected landlord (the "Rejection Date").

2. The Debtors are authorized to abandon any Personal Property located at the Premises identified on **Schedule 1** attached hereto free and clear of all liens, claims, encumbrances, interests, and rights of the Debtors and third parties. The applicable counterparty to each Lease may keep and/or dispose of such Personal Property in its sole and absolute discretion without further notice or liability to any party holding any liens, claims, encumbrances, interests, and rights in such abandoned Personal Property. The automatic stay, to the extent applicable, is modified to allow for such utilization or disposition.

3. Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or

admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) other than as set forth herein and on **Schedule 1** attached hereto, a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) other than as set forth herein, a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

4. Notice of the Motion as set forth therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: October 21, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

## Schedule 1

### Leases to Be Rejected[1]

| Theatre ID | Theatre Name | Theatre Address | Debtor Counterparty | Counterparty Name | Counterparty Address | Contract Description | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1327 | Amarillo Star Stadium 14 IMAX & RPX | UA Amarillo Star Stadium 14 IMAX & RPX 8275 Amarillo Blvd West Amarillo, TX 79124 | UNITED ARTISTS THEATRE CIRCUIT, INC. | Park Meadows Amarillo LLC | 8563 Higuera Street Culver City CA 90232 | Lease Agreement between Park Meadows Business Trust, a Delaware business trust, as Landlord and United Artists Theatre Circuit, Inc., a Maryland Corporation, as Tenant dated as of 12/15/1997 | 9/22/2022 |
| 1003 | Anaheim Hills 14 | Regal Edwards Anaheim Hills Anaheim Hills Festival 8030 E. Santa Ana Canyon Rd. Anaheim Hills, CA 92808 | EDWARD THEATRES, INC. | OTR | 3501 Jamboree Road, Suite 300 South Tower Newport Beach, CA 92660 Attn: Donahue-Schriber, Lease Administration | Amended and Restated Lease by and between OTR and Edwards Theatres Circuit, Inc. dated as of 02/27/1998 | 9/22/2022 |
| 661 | Arbor 8 @ Great Hills | Regal Arbor 8 @ Great Hills 9828 Great Hills Trail Austin, TX 78759 | REGAL CINEMAS, INC. | Great Hills Retail, Inc. | c/o The Retain Connection 221 W. 6th Street, Suite 1030 Austin, TX 78701 Attn: Ms. Cheryl Ruff | Memorandum of Lease by and Between Schmidt Investments, LTD and Regal Cinemas, Inc. dated as of 01/23/2003 | 9/30/2022 |
| 1906 | Brass Mill Stadium 12 | Regal Brass Mill Stadium 12 495 Union Street Waterbury, CT 06706-1292 | REGAL CINEMAS, INC. | Brass Mill Center Mall, LLC | c/o General Growth Properties, Inc. 110 North Wacker Drive Chicago, IL 60606 | Lease between GGP-Brass Mill, Inc. and Regal Cinemas, Inc. dated as of 02/09/2005 | 9/30/2022 |

---

[1] For the avoidance of doubt, the Leases referenced herein include any amendments or modifications thereto.

| Theatre ID | Theatre Name | Theatre Address | Debtor Counterparty | Counterparty Name | Counterparty Address | Contract Description | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1284 | Broadway Faire Stadium 10 | UA Broadway Faire 3351 W. Shaw Ave. Fresno, CA 93711 | United Artist Theatre Circuit, Inc. | Brixmor Property Group Inc. (aka Brixmor Broadway Faire, LP) | c/o Brixmor Property Group 450 Lexington Avenue, Floor 13 New York, NY 10017 Attention: General Counsel | Lease between Spieker Properties, L.P. and United Artists Theatre Circuit, Inc. dated as of 11/04/1994 | 9/22/2022 |
| 1036 | Calabasas Stadium 6 | Edwards Calabasas Stadium 6 4767 Commons Way Calabasas, CA 91302 | EDWARD THEATRES, INC. | The Commons at Calabasas, LLC | c/o Caruso Management 100 Wilshire Blvd Santa Monica, CA 90401 | Retail Center Ground Lease by and between Century Investments, Inc. and CRM Properties, Inc. and Edwards Theatres Circuit, Inc. and Edwards Megaplex Holdings, LLC dated as of 12/19/1997 | 9/30/2022 |
| 840 | Colonnade Stadium 14 | Regal Colonnade Stadium 14 8880 South Eastern Ave Las Vegas, NV 89123 | EASTGATE THEATRE, INC. | Regal I, LLC (successor in interest to Pebble Commercial Center, LLC) | 1370 Jet Stream Drive, Suite 100 Henderson, NV | Ground Lease (Las Vegas/Pebble) by Pebble Commercial Center, LLC and Eastgate Theatre, Inc. dated as of 11/05/1997 | 9/30/2022 |
| 1809 | Crow Canyon Stadium 6 | Regal Crow Canyon Stadium 6 2525 San Ramon Valley Blvd San Ramon, CA 94583 | REGAL CINEMAS, INC. | BDC Sonora L.P. | General Counsel 1556 Parkside Drive Walnut Creek, CA 94596 | Lease between OAC Group, a California general Partnership ("Landlord") and Signature Theatres, LLC, a Limited Liability Company ("Tenant") dated as of 06/05/2001 | 9/22/2022 |

| Theatre ID | Theatre Name | Theatre Address | Debtor Counterparty | Counterparty Name | Counterparty Address | Contract Description | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1809 | Crow Canyon Stadium 6 | Regal Crow Canyon Stadium 6<br>2525 San Ramon Valley Blvd<br>San Ramon, CA 94583 | REGAL CINEMAS, INC. | J&M Karsant Family Limited Partnership | General Counsel<br>1556 Parkside Drive<br>Walnut Creek, CA 94596 | Lease between OAC Group, a California general Partnership ("Landlord") and Signature Theatres, LLC, a Limited Liability Company ("Tenant") dated as of 06/05/2001 | 9/22/2022 |
| 1510 | Gravois Bluffs Stadium 12 | Regal Gravois Bluffs Stadium 12<br>754 Gravois Bluffs Blvd.<br>Fenton, MO 63026 | REGAL CINEMAS, INC. | SVCN 5 LLC formerly known as Spirit Master Funding IX, LLC | c/o The RMR Group LLC<br>Two Newton Place<br>255 Washington Street, Suite 300<br>Newton, MA 02458<br>Attn: Yael E. Duffy | Lease Agreement by and Between McIntosh Theatre Holdings, LLC and Regal Cinemas, Inc. dated as of 11/29/2012 | 9/30/2022 |
| 1880 | Greenville Grande Stadium 14 | Regal Greenville Grande Stadium 14<br>750 SW Greenville Boulevard<br>Greenville, NC 27834 | REGAL CINEMAS, INC. | ZP NO. 169, LLC | 111 Princess Street<br>Wilmington, North Carolina 28401 | Fundamental Lease Provisions by G. Center, A Limited Partnership and Greenville Cinema, L.L.C. dated as of 01/31/2006 | 9/22/2022 |
| 231 | Middleburg Town Square Stadium 16 | Regal Middleburg Town Square Stadium 16<br>18348 Bagley Road<br>Cleveland, OH 44130 | REGAL CINEMAS, INC. | Middleburg Towne Square Limited Partnership | c/o Carnegie Management and Development Corp.<br>27500 Detroit Road, Suite 300<br>Westlake, OH 44145<br>Attn: Rustom R. Khouri | Lease Middleburg Towne Square Limited Partnership (an Ohio Limited Partnership) ("Landlord") and Regal Cinemas, Inc. (a Tennessee Corporation) ("Tenant") dated as of 04/06/1995 | 9/22/2022 |

| Theatre ID | Theatre Name | Theatre Address | Debtor Counterparty | Counterparty Name | Counterparty Address | Contract Description | Rejection Date |
|---|---|---|---|---|---|---|---|
| 783 | Parkway Plaza Stadium 12 | Regal Parkway Plaza Stadium 12<br>5910 South 180th Street<br>Tukwila, WA 98188 | EASTGATE THEATRE, INC. | Levine & Company, LLC | 1276 N 15th Ave., Ste 103A<br>Bozeman, MT 59715 | Ground Lease by and between MBK Northwest, a Washington limited partnership as Lessor and Eastgate Theatre, Inc. an Oregon corporation dba "Act III Theatres, as Lessee dated as of 02/25/1998 | 9/22/2022 |
| 783 | Parkway Plaza Stadium 12 | Regal Parkway Plaza Stadium 12<br>5910 South 180th Street<br>Tukwila, WA 98188 | EASTGATE THEATRE, INC. | Sisel Properties, LLC | 100 North Main Street<br>11th Floor<br>D4001-114<br>Winston Salem NC 27101 | Ground Lease by and between MBK Northwest, a Washington limited partnership as Lessor and Eastgate Theatre, Inc. an Oregon corporation dba "Act III Theatres, as Lessee dated as of 02/25/1998 | 9/22/2022 |
| 783 | Parkway Plaza Stadium 12 | Regal Parkway Plaza Stadium 12<br>5910 South 180th Street<br>Tukwila, WA 98188 | EASTGATE THEATRE, INC. | IDIL 180 Tukwila, LLC | c/o IDI Logistics<br>1197 Peachtree St., Suite 600<br>Atlanta, GA 30361<br>Attn: General Counsel | Ground Lease by and between MBK Northwest, a Washington limited partnership as Lessor and Eastgate Theatre, Inc. an Oregon corporation dba "Act III Theatres, as Lessee dated as of 02/25/1998 | 9/22/2022 |
| 377 | Richland Crossing Stadium 12 | Regal Richland Crossing Stadium 12<br>185 North West End Blvd<br>Quakertown, PA 18951 | REGAL CINEMAS, INC. | 309 Venture Partners | c/o Wolfson Group, Inc.<br>621 Commons<br>631 East Germantown Pike, Suite 305<br>Norristown, PA 19401 | Ground Lease Agreement between 309 Venture Partners, as Landlord and Magic Cinemas, LLC as Tenant dated as of 09/27/1996 | 9/22/2022 |

| Theatre ID | Theatre Name | Theatre Address | Debtor Counterparty | Counterparty Name | Counterparty Address | Contract Description | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1612 | River City Marketplace Stadium 14 | River City Marketplace Stadium 14 12884 City Center Blvd Jacksonville, FL 32218 | Hollywood Theaters, Inc. d/b/a Regal Cinemas | Ramco Jacksonville LLC | Ramco Jacksonville LLC 31500 Northwestern Highway, Suite 300 Farmington Hills, MI 48334 | Cinema Lease by Ramco Jacksonville LLC, a Michigan limited liability company ("Landlord") and Hollywood Theaters, Inc., a Delaware corporation ("Tenant") dated as of 03/31/2005 | 9/7/2022 |
| 815 | Sherwood Stadium 10 | Regal Sherwood Stadium 10 15995 SW Tualatin Sherwood Road Sherwood, OR 97140 | EASTGATE THEATRE, INC. | LAF, LLC | c/o NAI Elliot 901 NE Glisan St, Suite 200 Portland, OR 97232 | Ground Lease (Sherwood) by Juniper Ridge Investments, LLC and Eastgate Theatre, Inc. dated as of 02/11/1997 | 9/30/2022 |
| 815 | Sherwood Stadium 10 | Regal Sherwood Stadium 10 15995 SW Tualatin Sherwood Road Sherwood, OR 97140 | EASTGATE THEATRE, INC. | Tacke LLC | c/o NAI Elliot 901 NE Glisan St, Suite 200 Portland, OR 97232 | Ground Lease (Sherwood) by Juniper Ridge Investments, LLC and Eastgate Theatre, Inc. dated as of 02/11/1997 | 9/30/2022 |
| 1796 | West Oaks Mall Stadium 14 & RPX | Edwards West Oaks Mall Stadium 14 & RPX 700 West Oaks Mall Houston, TX 77082-1742 | REGAL CINEMAS, INC. | West Oaks Owner LLC | c/o Pacific Retail Partners 222 N. Sepulveda Boulevard Suite 2350 El Segundo, CA 90245 | Lease between West Oaks Owner LLC, as Landlord and Regal Cinemas, Inc. as Tenant at West Oaks Mall Houston Harris County Texas dated as of 02/21/2011 | 9/30/2022 |
| 1005 | Westpark 8 | Edwards Westpark 8 3735 Alton Parkway Irvine, CA 92606-8293 | EDWARD THEATRES, INC. | The Irvine Company LLC (f/k/a The Irvine Company) | 550 Newport Center Drive, Suite 190 Newport Beach, CA 92660 | Retail Ground Lease by and between Irvine Retail Properties Company and Edwards Theatres Circuit, Inc. dated as of 02/02/1994 | 9/22/2022 |