IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CINEWORLD GROUP PLC,** *et al.*, | ) | Case No. 22-90168 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Weldon L. Moore, III of Sussman & Moore, LLP files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1. The names and addresses of the Utilities represented by the Firm are:

   A.  American Electric Power
       Attn:  Dwight C. Snowden
       American Electric Power
       1 Riverside Plaza, 13th Floor
       Columbus, Ohio 43215

   B.  Constellation NewEnergy, Inc.
       Constellation NewEnergy – Gas Division, LLC
       Attn:  Mark J. Packel
       Assistant General Counsel

   C.  Florida Power & Light Company
       Attn: Alexandre Ximenes
       Revenue Recovery Department RRD/LFO
       4200 W Flagler St
       Coral Gables, Florida 33134

   D.  Salt River Project
       Attn: Breanna Holmes, Customer Credit Services ISB232
       2727 E Washington St
       Phoenix AZ 85034-1403

E. Tampa Electric Company
TECO Peoples Gas System
Attn: Barbara Taulton FRP, CAP
Florida Registered Paralegal
Tampa Electric Company
702 N. Franklin Street
Tampa, Florida 33602

F. Southern California Edison Company
Attn: Jeffrey S. Renzi, Esq.
Director and Managing Attorney
Southern California Edison Company, Law Department
2244 Walnut Grove Avenue
Rosemead, California 91770

G. San Diego Gas & Electric Company
Attn: Kelli S. Davenport, Bankruptcy Specialist
8326 Century Park Court
San Diego, CA 92123

H. The Connecticut Light & Power Company
Yankee Gas Services Company
NStar Electric Company of Western Massachusetts
Eversource Gas of Massachusetts
Public Service Company of New Hampshire
NStar Electric Company
NStar Gas Company
Attn: Honor S. Heath, Esq.
Eversource Energy
107 Selden Street
Berlin, Connecticut 06037

I. Virginia Electric and Power Company d/b/a Dominion Energy Virginia
Attn: Sherry Ward
600 East Canal Street, 10th floor
Richmond, Virginia 23219

J. Dominion Energy South Carolina, Inc.
Public Service Company of North Carolina Incorporated d/b/a Dominion Energy North Carolina
Attn: Jay Bressler
220 Operation Way
Cayce, South Carolina 29033

K.     The Cleveland Electric Illuminating Company
Ohio Edison Company
Monongahela Power Company
Potomac Edison Company
Metropolitan Edison Company
Jersey Central Power & Light Company
Attn: Kathy M. Hofacre
FirstEnergy Corp.
76 S. Main St., A-GO-15
Akron, Ohio 44308

L.     Baltimore Gas and Electric Company
Commonwealth Edison Company
PECO Energy Company
The Potomac Electric Power Company
Delmarva Power & Light Company
Atlantic City Electric Company
Attn: Lynn R. Zack, Esq.
Assistant General Counsel
Exelon Corporation
2301 Market Street, S23-1
Philadelphia, Pennsylvania 19103

M.     PSEG Long Island
Attn: Jeremy Goldsmith
15 Park Drive
Melville, New York 11747

N.     Public Service Electric and Gas Company
Attn: Matthew Cooney, Bankruptcy Department
80 Park Plaza, T5D
Newark, New Jersey 07102

O.     Colonial Gas Cape Cod
KeySpan Energy Delivery Long Island
KeySpan Energy Delivery New York
Massachusetts Electric Company
Niagara Mohawk Power Corporation
Attn: Vicki Piazza, D-1
National Grid
300 Erie Boulevard West
Syracuse, NY 13202

P. New York State Electric and Gas Corporation
Attn:  Kelly Potter
James A. Carrigg Center
Bankruptcy Department
18 Link Drive
Binghamton, NY  13904

Q. Rochester Gas and Electric Corporation
Attn: Patricia Cotton
89 East Avenue
Rochester, NY 14649

R. Georgia Power Company
Attn:  Daundra Fletcher
2500 Patrick Henry Parkway
McDonough, GA  30253

S. Orange & Rockland Utilities, Inc.
Attn: Jennifer Woehrle
390 W. Route 59
Spring Valley, New York 10977

T. Consolidated Edison Company of New York, Inc.
Attn:  Christina J. Deleveaux, Esq.
Con Edison Law Department, Attn:  Bankruptcy, 18th Floor
4 Irving Place
New York, New York 10003

U. Southern California Gas Company
Attn:  Cranston J. Williams, Esq.
Office of the General Counsel
555 W. Fifth Street, GT14G1
Los Angeles, CA  90013-1034

V. Sacramento Municipal Utilities District
Attn:  Randall J. Hakes, Esq.
6301 S Street, Mailstop A311
Sacramento, California  95817

W. The Ohio Gas Company d/b/a Dominion Energy Ohio
Attn:  Marcy Boni
2100 Eastwood Avenue
Akron, Ohio 44305

2. The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

(a) The following Utilities have unsecured claims against the above-referenced Debtors arising from prepetition utility usage: American Electric Power, Tampa Electric Company, Southern California Edison Company, San Diego Gas and Electric Company, The Connecticut Light & Power Company, Yankee Gas Services Company, NStar Electric Company of Western Massachusetts, Eversource Gas of Massachusetts, Public Service Company of New Hampshire, NStar Electric Company, NStar Gas Company, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Public Service Company of North Carolina, Incorporated d/b/a Dominion Energy North Carolina, The Cleveland Electric Illuminating Company, Ohio Edison Company, Monongahela Power Company, Potomac Edison Company, Metropolitan Edison Company, Jersey Central Power & Light Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, The Potomac Electric Power Company, PECO Energy Company, Delmarva Power & Light Company, Atlantic City Electric Company, PSEG Long Island, Public Service Electric and Gas Company, Colonial Gas Cape Cod, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Niagara Mohawk Power Corporation, New York State Electric and Gas Corporation, Rochester Gas & Electric Corporation, Georgia Power Company, Orange & Rockland Utilities, Inc., Consolidated Edison Company of New York, Inc., Southern California Gas Company, Sacramento Municipal Utility District and The East Ohio Gas Company d/b/a Dominion Energy Ohio.

(b) American Electric Power, Constellation NewEnergy, Inc., Constellation NewEnergy – Gas Division, LLC, Dominion Energy South Carolina, Inc., Florida Power & Light Company, TECO Peoples Gas System, Salt River Project, Metropolitan Edison Company, PECO

Energy Company, The Potomac Electric Power Company, Delmarva Power & Light Company and PSEG Long Island each held prepetition deposits that wholly or partially secured prepetition debt.

(c)     Tampa Electric Company and Baltimore Gas and Electric Company hold surety bonds that wholly or partially secured prepetition debt.

(d)     Florida Power & Light Company holds a letter of credit that it will make a claim upon for payment of the prepetition debt that the Debtors owe to Florida Power & Light Company.

(e)     For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the *Motion and Memorandum of Certain Utility Companies To: (A) Vacate, and/or Reconsider, and/or Modify Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures For Resolving Adequate Assurance Requests, and (IV) Granting Related Relief; and (B) Determine Adequate Assurance of Payment As To the Utilities* (the "Motion")(Docket No. 430) filed in the above-captioned, jointly-administered, bankruptcy cases.

3.     The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in September 2022.  The circumstances and terms and conditions of employment of the Firm by the Companies is protected by the attorney-client privilege and attorney work product doctrine.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

By: /s/ Weldon L. Moore, III
Weldon L. Moore, III
SUSSMAN & MOORE, LLP
2911 Turtle Creek Blvd., Ste. 1100
Dallas, TX 75219
Telephone: (214) 378-8270
E-mail: wmoore@csmlaw.net