IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CINEWORLD GROUP PLC, *et al.*,[1] | ) ) | Case No. 22-90168 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 656** |

## NOTICE OF EMERGENCY HEARING

On October 28, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Emergency Motion for Entry of an Order (I) Shortening the Claims Bar Date, (II) Re-Establishing the Governmental Bar Date, (III) Establishing the Rejection Damages Bar Date and the Amended Schedules Bar Date, (IV) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (V) Approving Notice of Bar Dates* (the "Motion") [Docket No. 656] with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

An emergency hearing to consider the Motion has been scheduled for **November 7, 2022, at 2:00 p.m. (prevailing Central Time)** (the "Hearing"), before Judge Marvin Isgur of the Court.

Audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's homepage. The meeting code is "JudgeIsgur." Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of the Hearing. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

All documents filed in these chapter 11 cases are available free of charge by visiting https://cases.ra.kroll.com/cineworld, by calling (844) 648-5574 (toll-free) or (845) 295-5705 (international), or by emailing cineworldinfo@ra.kroll.com. Copies of any pleadings or papers

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/cineworld. The location of Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is: 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

34378305v.3 162879/00001

filed with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

34378305v.3 162879/00001

Houston, Texas
Dated:  October 31, 2022

/s/  Matthew D. Cavenaugh

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Rebecca Blake Chaikin (S.D. Bar No. 3394311) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Veronica A. Polnick (TX Bar No. 24079148) | Christopher Marcus, P.C.  (admitted *pro hac vice*) |
| Vienna Anaya  (TX Bar No. 24091225) | Christine Okike, P.C. (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | Ciara Foster (admitted *pro hac vice*) |
| Houston, TX 77010 | 601 Lexington Avenue |
| Telephone:    (713) 752-4200 | New York, New York 10022 |
| Facsimile:      (713) 752-4221 | Telephone:    (212) 446-4800 |
| Email:            mcavenaugh@jw.com | Facsimile:      (212) 446-4900 |
|                         rchaikin@jw.com | Email:            joshua.sussberg@kirkland.com |
|                         vpolnick@jw.com |                         christopher.marcus@kirkland.com |
|                         vanaya@jw.com |                         christine.okike@kirkland.com |
| |                         ciara.foster@kirkland.com |
| *Co-Counsel to the Debtors* | |
| *and Debtors in Possession* | *Co-Counsel to the Debtors* |
| | *and Debtors in Possession* |

## Certificate of Service

I certify that, on October 31, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Matthew D. Cavenaugh
Matthew D. Cavenaugh