IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>CINEWORLD GROUP PLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-90168 (MI)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No.** \_\_\_\_\_ |

**ORDER (I) AUTHORIZING
(A) REJECTION OF CERTAIN UNEXPIRED LEASES OF
NON-RESIDENTIAL REAL PROPERTY AND (B) ABANDONMENT
OF CERTAIN PERSONAL PROPERTY, IF ANY, EACH EFFECTIVE
AS OF THE REJECTION DATE, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) authorizing the Debtors to (i) reject certain Leases listed on **Schedule 1** to this Order and (ii) abandon certain Personal Property that may be located at the Premises, each effective as of the Rejection Date (as defined below), and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/cineworld. The location of Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is: 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"), if any; and this Court having determined that the legal and factual bases set forth in support of the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Leases listed on **Schedule 1** attached hereto are rejected under section 365 of the Bankruptcy Code effective as of the later of (a) the rejection date listed on **Schedule 1** and (b) the date the Debtors relinquish control of the Premises by notifying the affected landlord of the Debtors' surrender of the Premises and turning over keys, key codes, and security codes, if any, to the affected landlord (the "Rejection Date").

2. The Debtors are authorized to abandon any Personal Property located at the Premises identified on **Schedule 1** attached hereto free and clear of all liens, claims, encumbrances, interests, and rights of the Debtors and third parties.  The applicable counterparty to each Lease may keep and/or dispose of such Personal Property in its sole and absolute discretion without further notice or liability to any party holding any liens, claims, encumbrances, interests, and rights in such abandoned Personal Property.  The automatic stay, to the extent applicable, is modified to allow for such utilization or disposition.

3. Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or

admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) other than as set forth herein and on **Schedule 1** attached hereto, a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) other than as set forth herein, a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

4. Notice of the Motion as set forth therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2022

                                        MARVIN ISGUR
                                        UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

## Leases to Be Rejected[1]

| Theatre ID | Theatre Name | Theatre Address | Debtor Counterparty | Counterparty Name | Counterparty Address | Contract Description | Rejection Date |
|---|---|---|---|---|---|---|---|
| 147 | Village Park Stadium 17 | 2222 East 146th Street Carmel, IN 46033 | REGAL CINEMAS, INC. | Village Park Plaza, LLC | c/o Washington Prime Group 180 East Broad Street Attn: General Counsel Columbus, OH 43215 | Lease Agreement | 1/31/2023 |
| 299 | Henrietta Stadium 18 | 525 Marketplace Dr. Rochester, NY 14623 | REGAL CINEMAS, INC. | Realty Income Corporation | 11995 El Camino Real Attn: Legal Department San Diego, CA 92130 | Lease Agreement | 1/31/2023 |
| 331 | South Sound Cinema 10 | 1435 Olney Ave. SE Port Orchard, WA 98366 | REGAL CINEMAS, INC. | Vine Street Investors, LLC | 516 N. Olympic Attn: J. Brent McKinley, Registered Agent Arlington, WA 98223 | Lease Agreement | 1/31/2023 |
| 393 | Niagara Falls Stadium 12 | 720 Builders Way Niagara Falls, NY 14304 | REGAL CINEMAS, INC. | Beartree Partners, LLC | 6632 Telegraph Road #193 Attn: Lauren or Jon Goldstein Bloomfield Hills, MI 48301 | Lease Agreement | 1/31/2023 |
| 633 | Fox Tower Stadium 10 | 846 S.W. Park Ave. Portland, OR 97205 | EASTGATE THEATRE, INC. | Fox Tower Building LLC | 760 SW 9th Ave., Suite 2250 Portland, OR 97205 | Lease Agreement | 1/31/2023 |
| 706 | Citrus Park Stadium 20 | 7999 Citrus Town Center Park Mall Tampa, FL 33625 | REGAL CINEMAS, INC. | Citrus Park Mall Owner, LLC | Attn: James M. Hull c/o Hull Property Group, LLC 1190 Interstate Parkway Augusta, GA 30909 | Lease Agreement | 1/31/2023 |
| 723 | Town Center Stadium 16 - Port Charlotte | 1441 Tamiami Trail, Unit 701 Port Charlotte, FL 33948 | REGAL CINEMAS, INC. | RSS WFRBS2011-C2-FL PCM, LLC | Centennial Advisory Services, LLC 8750 N. Central Expressway, Suite 1740 Dallas, TX 75231 | Lease Agreement | 1/31/2023 |

---

[1] For the avoidance of doubt, the Leases referenced herein include any amendments or modifications thereto.

| Theatre ID | Theatre Name | Theatre Address | Debtor Counterparty | Counterparty Name | Counterparty Address | Contract Description | Rejection Date |
|---|---|---|---|---|---|---|---|
| 736 | Stadium 22 @ Austell | 2480 East - West Connector Rd. Austell, GA 30106 | REGAL CINEMAS, INC. | Realty Income Properties 11, LLC | 11995 El Camino Real Attn: Legal Department San Diego, CA 92130 | Lease Agreement | 1/31/2023 |
| 1026 | Ontario Palace Stadium 22 IMAX & RPX | 4900 East 4th Street Ontario, CA 91764 | EDWARD THEATRES, INC. | 3503 RP Ontario 4th Street, LLC | c/o Retail Properties of America, Inc. 2021 Spring Road, Suite 200 Attn: President - Western Division Oak Brook, IL 60523 | Lease Agreement | 1/31/2023 |
| 1130 | Continental Stadium 10 & RPX | 3635 S. Monaco Pkwy Denver, CO 80237 | REGAL CINEMAS, INC. | Realty Income Corporation | 11995 El Camino Real Attn: Legal Department San Diego, CA 92130 | Lease Agreement | 1/31/2023 |
| 1138 | East Hampton Cinema 6 | 30-38 Main Street East Hampton, NY 11937 | UNITED ARTISTS THEATRE CIRCUIT, INC. | FROG Co., LLC | 101 West 55th Street Attn: Al Berkowitz New York, NY 10019 | Lease Agreement | 1/31/2023 |
| 1267 | Parkway Place Stadium 10 | 1075 Parkway Blvd. Flowood, MS 39232 | UNITED ARTISTS THEATRE CIRCUIT, INC. | Flowood Quarter, LLC | Attn: R. Cratin Luckett, Jr. 10 Lakeland Circle Jackson, MS 39216 | Lease Agreement | 1/31/2023 |
| 1315 | Denver Pavilions | 500 16th St. #310 Denver, CO 80202 | REGAL CINEMAS, INC. | Denver Pavilions OwnerCo LLC | Gart Properties, LLC 299 Milwaukee St., Suite 500 Denver, CO 80206 | Lease Agreement | 1/31/2023 |
| 1331 | Staten Island Stadium 16 & RPX | 2474 Forest Ave. Staten Island, NY 10303 | UNITED ARTISTS THEATRE CIRCUIT, INC. | 30 West Pershing, LLC | c/o EPR Properties 909 Walnut, Suite 200 Attn: Lease Administration Kansas City, MO 64106 | Lease Agreement | 1/31/2023 |
| 1419 | Bricktown Charleston 10 | 165 Bricktown Way Staten Island, NY 10309 | REGAL CINEMAS, INC. | Bricktown Pass, LLC | c/o Blumenfeld Development Group, Ltd. 300 Robbins Lane Attn: Mr. David Blumenfeld Syosset, NY 11791 | Lease Agreement | 1/31/2023 |
| 1440 | Grand Parkway 22 & RPX | 7301 West Grand Pkwy. South Richmond, TX 77407 | REGAL CINEMAS, INC. | 30 West Pershing, LLC | c/o EPR Properties 909 Walnut, Suite 200 Attn: Lease Administration Kansas City, MO 64106 | Lease Agreement | 1/31/2023 |

| Theatre ID | Theatre Name | Theatre Address | Debtor Counterparty | Counterparty Name | Counterparty Address | Contract Description | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1446 | Warren Old Town 7 | 353 N Mead St. Wichita, KS 67202 | REGAL CINEMAS, INC. | 30 West Pershing, LLC | c/o EPR Properties 909 Walnut, Suite 200 Attn: Lease Administration Kansas City, MO 64106 | Lease Agreement | 1/31/2023 |
| 1451 | Cinebarre Greenwood Plaza | 8141 E Arapahoe Rd. Englewood, CO 80112 | CINEBARRE, LLC | Realty Income Properties 15, LLC | 11995 El Camino Real Attn: Legal Department San Diego, CA 92130 | Lease Agreement | 1/31/2023 |
| 1640 | Permian Palace Stadium 11 & IMAX | 4101 E 42nd St. Odessa, TX 79762 | HOLLYWOOD THEATERS, INC. | MCM Properties, Ltd. | 700 North Grant, 6th Floor Attn: John Bushman Odessa, TX 79761 | Lease Agreement | 1/31/2023 |
| 1762 | Broward Stadium 12 & RPX | 8000 W Broward Blvd. Plantation, FL 33388 | REGAL CINEMAS, INC. | RSS UBSBB2013-C6-FL | c/o Pacific Retail Capital Partners 100 N. Pacific Coast Highway Suite 1925 El Segundo, CA 90245 | Lease Agreement | 1/31/2023 |
| 1773 | Great Northern Mall Stadium 10 & RPX | 450 Great Northern Mall North Olmsted, OH 44070 | REGAL CINEMAS, INC. | WEA Great Northern Mall, LLC | c/o Pacific Retail Capital Partners 100 N. Pacific Coast Highway Suite 1925 El Segundo, CA 90245 | Lease Agreement | 1/31/2023 |
| 1808 | Jack London Stadium 9 | 100 Washington St. Oakland, CA 94607 | REGAL CINEMAS, INC. | Dow-Pac Properties | 914 Dewing Avenue Lafayette, CA 94549 | Lease Agreement | 1/31/2023 |
| 1816 | Stockton Holiday Cinema 8 | 6262 N. West Ln. Stockton, CA 95210 | REGAL CINEMAS, INC. | Dow-Pac Properties | 914 Dewing Avenue Lafayette, CA 94549 | Lease Agreement | 1/31/2023 |