IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CINEWORLD GROUP PLC, *et al.*,[1] | Case No. 22-90168 (MI) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION TO COMPEL REJECTION OF LEASE**
**(Relates to ECF#      )**

Upon the motion (the "**Motion**")[2] of CAPREF Lloyd Center East LLC ("**CAPREF**"), by and through CFO Solutions, LLC d/b/a Amplēo, its Court-appointed receiver (the "**Receiver**") to Compel Rejection of Lease, and any responses filed by the Debtors or other parties in interest in these jointly administered cases; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that following notice and hearing; upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. The Debtors shall file a notice to reject the Lease no later than ten (10) days after the entry of this Order.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/cineworld. The Debtors' mailing address is: 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

[2] Capitalized terms used and not defined herein have the meanings ascribed to them in the Motion.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

XXX