IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CINEWORLD GROUP PLC, *et al.*,[1] | ) | Case No. 22-90168 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Melissa Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On January 3, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on Kyerra Christina Kelley, (ADRID: 26875020), and Ronald H Schulz, (ADRID: 26885578), whose addresses have been redacted in the interest of privacy:

- Order Granting Complex Chapter 11 Bankruptcy Case Treatment [Docket No. 33]

- Notice of Chapter 11 Bankruptcy Case, substantially in the form of a copy of which is attached hereto as **Exhibit A**

On January 3, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit B**:

- Notice of Deadlines for the Filing of Proofs of Claim, Including Requests for Payment Pursuant to Section 503(B)(9) of the Bankruptcy Code, a copy of which is attached hereto as **Exhibit C**

- Proof of Claim Form, customized to include the name and address of the party, a copy of which is attached hereto as **Exhibit D**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/cineworld. The location of Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is: 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

Dated: January 5, 2023

*/s/ Melissa Diaz*
Melissa Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 5, 2023, by Melissa Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 66252

**<u>Exhibit A</u>**

| Information to identify the case: | |
|---|---|
| Debtor: Cineworld Group  plc, *et al.*<br>Name | EIN:   82996 11043 |
| United States Bankruptcy Court for the Southern District of Texas | |
| Case Number:    22-90168 (MI) | Date case filed for Chapter 11:<br>September 7, 2022 |

Official Form 309F1 (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case**                                                    **10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code.  An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines.  Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities.  This means that creditors generally may not take action to collect debts from the debtor or the debtor's property.  For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor.  Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt.  A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice.  (See line 11 below for more information.)

To protect your rights, consult an attorney.  All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

 **The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1.   **Debtors' full name:  See chart below.**

      **List of Jointly Administered Cases**

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 1 | 13th Avenue Partners, L.L.C. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90172 | 48-1242376 |
| 2 | A 3 Theatres of San Antonio LTD | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90167 | 74-2445508 |
| 3 | A 3 Theatres of Texas, Inc | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90176 | 95-4211888 |
| 4 | Augustus 1 Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90245 | 79364 02434 |
| 5 | Augustus 2 Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90247 | 65024 08419 |
| 6 | Busby AssignCo, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90170 | 82-3615286 |
| 7 | Cinebarre LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90169 | 20-8344297 |
| 8 | Cinemas Associates LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90171 | 48-1057592 |
| 9 | Cine-UK Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90251 | 53444 74515 |

| | | | | |
|---|---|---|---|---|
| 10 | Cineworld Cinemas Holdings Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90243 | 71440 52439 |
| 11 | Cineworld Cinemas Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90246 | 41440 54492 |
| 12 | Cineworld Estates Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90231 | 91440 54495 |
| 13 | Cineworld Funding (Jersey) Limited | 22 Grenville Street, St Helier, JE4 8PX, Jersey | 22-90235 | 43123 22259 |
| 14 | Cineworld Group plc | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90168 | 82996 11043 |
| 15 | Cineworld Holdings Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90240 | 40113 21874 |
| 16 | City Screen (Brighton) Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90214 | 22213 36691 |
| 17 | City Screen (Liverpool) Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90216 | 25232 25166 |
| 18 | City Screen (S.O.A.) Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90218 | 93163 87964 |
| 19 | City Screen (Stratford) Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90223 | 71342 13698 |
| 20 | City Screen (York) Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90227 | 65227 12221 |
| 21 | Consolidated Theatres Management L.L.C. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90180 | 56-2100237 |
| 22 | Crown Finance US Inc. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90188 | 82-3615286 |
| 23 | Crown Intermediate Holdco Inc | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90191 | 82-3575421 |
| 24 | Crown Theatre Corporation | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90194 | 43-1530337 |
| 25 | Crown UK Holdco Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90234 | 21481 07197 |
| 26 | CS (Brixton) Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90258 | 86956 15146 |
| 27 | CS (Exeter) Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90259 | 29788 11926 |
| 28 | CS (Norwich) Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90260 | 23106 04237 |
| 29 | Eastgate Theatre Inc. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90195 | 93-0557513 |
| 30 | Edwards Theatres, Inc. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90198 | 33-0976218 |
| 31 | Frederick Plaza Cinema, Inc. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90190 | 04-2500121 |
| 32 | Great Escape LaGrange LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90206 | 35-2062155 |

| 33 | Great Escape LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90210 | 35-2050796 |
|----|------------------|-----------------------------------------------------------|----------|------------|
| 34 | Great Escape of Nitro, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90221 | 20-2767137 |
| 35 | Great Escape of O'Fallon, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90226 | 20-2767033 |
| 36 | Great Escape Theatres of Bowling Green, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90232 | 61-1379928 |
| 37 | Great Escape Theatres of Harrisburg, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90236 | 26-0882249 |
| 38 | Great Escape Theatres of Lebanon, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90239 | 20-5001646 |
| 39 | Great Escape Theatres of New Albany, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90242 | 81-0592002 |
| 40 | Great Escape Theatres, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90271 | 35-2113816 |
| 41 | Hollywood Theatres III, Inc. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90265 | 95-4344918 |
| 42 | Hollywood Theaters, Inc. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90270 | 75-2598844 |
| 43 | Hoyts Cinemas Corporation | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90261 | 04-2981190 |
| 44 | Interstate Theatres Corporation | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90264 | 04-1472970 |
| 45 | Lois Business Development Corporation | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90267 | 99-0321127 |
| 46 | McIntosh Properties, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90263 | 26-0837983 |
| 47 | Next Generation Network, Inc, | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90268 | 41-1670450 |
| 48 | Oklahoma Warren Theatres II, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90262 | 62-1412720 |
| 49 | Oklahoma Warren Theatres, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90269 | 20-3647349 |
| 50 | Pacific Rim Business Development Corporation | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90266 | 94-3269488 |
| 51 | Picturehouse Bookings Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90219 | 73388 16285 |
| 52 | Picturehouse Cinemas Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90225 | 81450 06576 |
| 53 | Picturehouse Entertainment Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90229 | 17997 23229 |
| 54 | R.C. Cobb II, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90204 | 27-1923174 |
| 55 | R.C. Cobb, Inc, | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90205 | 63-0376608 |
| 56 | Ragains Enterprises LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90203 | 20-1709139 |
| 57 | RCI/FSSC LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90192 | 16-1768756 |
| 58 | RCI/RMS, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90196 | 06-1683875 |
| 59 | Regal Cinemas Corporation | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90202 | 02-0624987 |
| 60 | Regal Cinemas Holdings, Inc | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90186 | 62-1843011 |
| 61 | Regal Cinemas II, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90193 | 27-1923323 |
| 62 | Regal Cinemas Inc, | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90197 | 62-1412720 |
| 63 | Regal CineMedia Corporation | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90199 | 03-0398467 |

| 64 | Regal CineMedia Holdings, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90201 | 20-8359075 |
| 65 | Regal Distribution, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90185 | 62-1412720 |
| 66 | Regal Distribution Holdings, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90189 | 62-1412720 |
| 67 | Regal Entertainment Group | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90181 | 02-0556934 |
| 68 | Regal Entertainment Holdings II LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90178 | 20-2028770 |
| 69 | Regal Entertainment Holdings, Inc. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90175 | 72-1522911 |
| 70 | Regal Investment Company | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90222 | 52-2032807 |
| 71 | Regal Licensing, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90233 | 47-2042818 |
| 72 | Regal Stratford, Inc. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90238 | 20-2337444 |
| 73 | Regal/ATOM Holdings, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90183 | 03-0398467 |
| 74 | Regal/Cinebarre Holdings, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90187 | 26-2847301 |
| 75 | Regal/DCIP Holdings, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90207 | 62-1412720 |
| 76 | Regal Realty - 17, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90211 | 62-1412720 |
| 77 | Richmond I Cinema, L.L.C. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90215 | 56-2115915 |
| 78 | The Movie Machine. L.L.C. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90174 | 74-3048400 |
| 79 | UA Shor, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90177 | 13-1424080 |
| 80 | UA Swansea, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90179 | 20-1997413 |
| 81 | United Artists Properties I Corp. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90182 | 84-1093560 |
| 82 | United Artists Realty Company | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90184 | 22-2861013 |
| 83 | United Artists Theatre Circuit II, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90208 | 27-1923416 |
| 84 | United Artists Theatre Circuit, Inc. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90212 | 13-1424080 |
| 85 | United Artists Theatre Company | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90213 | 84-1198391 |
| 86 | Valeene Cinemas, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90217 | 26-0237734 |
| 87 | Wallace Theater Holdings, Inc. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90220 | 75-2605571 |
| 88 | Warren Oklahoma Theatres, Inc. | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90224 | 45-4785975 |
| 89 | Classic Cinemas Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90230 | 28376 11130 |
| 90 | Regal Gallery Place, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90173 | 20-1702561 |
| 91 | Regal - 18, LLC | 101 E. Blount Avenue, Knoxville, Knox County, TN 37920-1605 | 22-90200 | 62-1412720 |
| 92 | Cineworld Cinema Properties Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90241 | 21440 54401 |
| 93 | Cineworld Elite Picture Theatre (Nottingham) Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90228 | 61440 52806 |
| 94 | Cineworld South East Cinemas Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90209 | 11440 54406 |

| | | | | |
|---|---|---|---|---|
| 95 | Gallery Cinemas Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90253 | 11440 54440 |
| 96 | Gallery Holdings Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90254 | 51550 52443 |
| 97 | Newman Online Limited | 8th Floor Vantage London, Great West Road , Brentford, England, TW8 9AG, United Kingdom | 22-90257 | 45823 10076 |
| 98 | Cineworld HunCo Kft. | 1132 Budapest Vaci ut, 22-24 First Floor, Hungary | 22-90244 | 25390559-2-41 |
| 99 | Empire Cinema 2 Limited | 2nd Floor, The Le Gallais Building, 54 Bath Street, St Helier, JE1 1FW, Jersey | 22-90248 | 93663 25576 |
| 100 | Bromley Cinema 2 Limited | 2nd Floor, The Le Gallais Building, 54 Bath Street, St Helier, JE1 1FW, Jersey | 22-90250 | 54722 28985 |
| 101 | Poole Cinema 2 Limited | 2nd Floor, The Le Gallais Building, 54 Bath Street, St Helier, JE1 1FW, Jersey | 22-90237 | 19104 09984 |
| 102 | Newcastle Cinema 2 Limited | 2nd Floor, The Le Gallais Building, 54 Bath Street, St Helier, JE1 1FW, Jersey | 22-90256 | 14925 27348 |
| 103 | Hemel Hepstead Two Cinema 2 Limited | 2nd Floor, The Le Gallais Building, 54 Bath Street, St Helier, JE1 1FW, Jersey | 22-90255 | 35404 16650 |
| 104 | Basildon Cinema 2 Limited | 2nd Floor, The Le Gallais Building, 54 Bath Street, St Helier, JE1 1FW, Jersey | 22-90252 | 11552 28611 |
| 105 | Basildon Cinema Number Two 2 Limited | 2nd Floor, The Le Gallais Building, 54 Bath Street, St Helier, JE1 1FW, Jersey | 22-90249 | 94809 22268 |

**2.** **All other names used in the last 8 years:** <u>See Rider 1.</u>

**3.** **Address: See chart above.**

**4.** **Debtors' attorneys:**

**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Rebecca Blake Chaikin (S.D. Bar No. 3394311)
Veronica A. Polnick (TX Bar No. 24079148)
Vienna Anaya (TX Bar No. 24091225)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:   (713) 752-4200
Facsimile:    (713) 752-4221
Email:    mcavenaugh@jw.com
Email:    rchaikin@jw.com
Email:    vpolnick@jw.com
Email:    vanaya@jw.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (pro hac vice pending)
Christopher Marcus, P.C.  (pro hac vice pending)
Christine Okike, P.C. (pro hac vice pending)
Ciara Foster (pro hac vice pending)

Debtors' notice and claims agent (for court documents and case information inquiries):

**Case Website:**
https://cases.ra.kroll.com/cineworld/
**Email:**    cineworldinfo@ra.kroll.com
**Telephone**:   844.648.5574 (Toll-free)
                845.295.5705 (International)

**If by First-Class Mail:**
Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
Attn: Cineworld Group plc

**If by Hand Delivery or Overnight Mail:**
Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
Attn: Cineworld Group plc

601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              christopher.marcus@kirkland.com
              christine.okike@kirkland.com
              ciara.foster@kirkland.com

Proposed Co-Counsel to the Debtors
and Debtors in Possession

| 5. | **Bankruptcy Clerk's Office** | | |
|---|---|---|---|
| | Documents in this case may be filed at this address. | **United States Courthouse**<br>**515 Rusk Avenue**<br>**Houston, Texas  77002** | **Hours Open:  Monday - Friday**<br>**8:00 AM - 5:00 PM CT**<br>**Contact phone:  713-250-5500** |
| | You may inspect all records filed in this case at this office or online at www.pacer.gov | All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at https://cases.ra.kroll.com/cineworld/ | |
| 6. | **Meeting of Creditors** | **October 17, 2022 at 1:30 PM (prevailing Central Time)** | **Location:**<br>**Telephone Conference Call**<br><br>**Dial:  (866) 707-5468**<br>**Code:  6166997** |
| | The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. | |
| 7. | **Proof of Claim Deadline:** | **Deadline for filing proof of claim:** | **General Bar Date:  Monday January 17, 2023 at 5:00 PM CT.**<br><br>**Governmental Bar Date:  Monday March 6, 2023 at 5:00 PM CT.** |

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- Your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- You file a proof of claim in a different amount; or
- You receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a

|  |  | secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
|---|---|---|
| 8. | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:  Not applicable** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**Rider 1**
**Other Names Used in the Last 8 Years**

| Current Entity Name | Former Entity Name |
|---|---|
| Cineworld Cinemas Limited | Cineworld Finance Limited, Computicket Limited |
| Cineworld Estates Limited | Cineworld Exhibition Limited |
| Crown Finance US, Inc. | CDD Parent, LLC, CDD Borrower, LLC |
| Picturehouse Cinemas Limited | City Screen (3D) Limited, City Screen (Aberdeen) Limited, Moonlight Releasing Limited, City Screen (Cambridge) Limited, City Screen (Clapham) Limited, City Screen (Oxford) Limited, City Screen (Southampton) Limited, City Screen (Virtual) Limited, City Screen Developments Limited, City Screen No.2 Limited, CS (Greenwich) Limited |
| Regal Cinemas, Inc. | R AND S THEATERS, INC. |
| Regal Entertainment Group | King-Reavis Amusement Company, Ochtel Partnership, Open Road Films, LLC, Open Road Releasing, LLC, Orix RAM Montgomery Venture, Rio Rich Theatres Ventures, Staten Theatre Group, The Turp Company, UA Mexico Holdings S.A. de C.V., UATC Europe B.V., United Artists/Pacific Media Joint Venture, King-Reavis Amusement Company, Ochtel Partnership, Open Road Films, LLC, Open Road Releasing, LLC, Orix RAM Montgomery Venture, Rio Rich Theatres Ventures, Staten Theatre Group, The Turp Company, UA Mexico Holdings S.A. de C.V., UATC Europe B.V., United Artists/Pacific Media Joint Venture, Arboretum Cinema, L.L.C., Asheville Cinema, L.L.C., Bagley Building Company, Cary Cinema, L.L.C., CDP Limited Liability Company, Cherrydale Cinema, L.L.C., Cinema 6, L.L.C., Clark-Regal LLC, Columbia Cinema, L.L.C., Garner Cinema, L.L.C., Greensboro I Theatre, L.L.C., Greenville Cinema, L.L.C., High Point Cinema, L.L.C., Hyattsville Cinema, L.L.C., Kingstowne Cinema, L.L.C., Laurel Cinema, L.L.C., Loudoun County Cinema, L.L.C., Lynchburg Cinema, L.L.C., Mount Pleasant Cinema, L.L.C., Mt. Juliet Cinema, L.L.C., Multimatic Displays, Inc., Newnan Cinema, L.L.C., Park Cinema, L.L.C., Phillips Place, L.L.C., Raleigh 16 Holdings, L.L.C., Roanoke Cinema, L.L.C., Rock Hill Cinema, L.L.C., Silver Spring Cinema, L.L.C., Spartanburg Cinema, L.L.C., Staten Theatre Group II, Suffolk Cinema, L.L.C., UAGG Theatre Operating Corp., US 8, L.L.C., Williamsburg Cinema, L.L.C., Wilmington Cinema, L.L.C., Raleigh 16, LLC, ACT III Cinemas, Inc., ACT III Theatres, Inc., ACT III Inner Loop Theatres, Inc., Beth Page Theatre Co., Inc., Broadway Cinema, Inc., CineMedia Software, Inc., Cobb Finance Corp., Florence Theatre Corporation, General American Theatres, Inc., J.R. Cinemas, Inc., Magnolia Amusement Company, Morgan Edwards Theatre Corporation, My-San Theatre Corporation, Olympus Pointe Theatre Centre Investors, LLC, Regal Cinemas Bonds Corporation, Regal Cinemas Group, Inc., Regal Investment Company, TEMT Alaska, Trumball Theatre Corp., UA International Property Holding, Inc., UA Property Holding II, Inc., U.A.P.R., Inc., United Artists International Management Company, United Artists Properties II Corp., United Artists Theatre Group, LLC, United Cinema Corporation, United Film Distribution Company of South America |
| Cineworld HunCo Kft. | Readymade KFT |

**Exhibit B**

Exhibit B
Supplemental Service List
Served via first class mail

| ADRID | NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 26910528 | AG ELECTRIC CAR SPECIALISTS | 8718 HELLMAN AVE | | RANCHO CUCAMONGA | CA | 91730 |
| 26899884 | ALEXANDER, KYLENE RENEE | ADDRESS ON FILE | | | | |
| 26851972 | ANDERSON, CADEN | ADDRESS ON FILE | | | | |
| 26876464 | ANDERSON, CLAIRE DIANE | ADDRESS ON FILE | | | | |
| 26890029 | ANDREW SMITH | ADDRESS ON FILE | | | | |
| 26852218 | BROSS, AIDEN CHRISTOPHER | ADDRESS ON FILE | | | | |
| 26866905 | BRYANT, KAYLEE | ADDRESS ON FILE | | | | |
| 26900712 | BURNS, MACKENZIE LYNN | ADDRESS ON FILE | | | | |
| 26885145 | CASON, BRITTANY | ADDRESS ON FILE | | | | |
| 26872863 | CONRAD, CAMERON | ADDRESS ON FILE | | | | |
| 26849550 | DESERGANT, ANNABELL | ADDRESS ON FILE | | | | |
| 26852025 | EDRA, ARIYANAH M | ADDRESS ON FILE | | | | |
| 26889281 | ERIC J. SWEDEN | ADDRESS ON FILE | | | | |
| 26920072 | HEART CRY CHAPEL | ADDRESS ON FILE | | | | |
| 26896442 | HEGGENBERGER, RACHEL NICOLE | ADDRESS ON FILE | | | | |
| 26837222 | JOHNSON, VICTORIA | ADDRESS ON FILE | | | | |
| 26912759 | JOSEPH F. LUBY | ADDRESS ON FILE | | | | |
| 26875020 | KELLEY, KYERRA CHRISTINA | ADDRESS ON FILE | | | | |
| 26898184 | MALASPINO, MORGAN ANNA LYNN | ADDRESS ON FILE | | | | |
| 26906084 | MILLER, JERRY A | ADDRESS ON FILE | | | | |
| 26944999 | NATHAN NEELY | ADDRESS ON FILE | | | | |
| 26855149 | NOONAN, JEREMIAH NICHOLAS JOSHUA | ADDRESS ON FILE | | | | |
| 26870297 | RICHMOND, PHILIP ANDREW | ADDRESS ON FILE | | | | |
| 26897404 | SMITH, DAMONIE ALANTE | ADDRESS ON FILE | | | | |
| 26877405 | STORMS, JARROD W | ADDRESS ON FILE | | | | |
| 26853739 | YOUNG, KAHRON | ADDRESS ON FILE | | | | |

**Exhibit C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CINEWORLD GROUP PLC, *et al.*,[1] | ) Case No. 22-90168 (MI) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Re: Docket No. 775** |

**NOTICE OF DEADLINES FOR THE FILING OF
PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENT
PURSUANT TO SECTION 503(b)(9) OF THE BANKRUPTCY CODE**

**TO:    ALL PERSONS AND ENTITIES WHO MAY HAVE CLAIMS AGAINST ANY OF THE
FOLLOWING DEBTOR ENTITIES:**

| DEBTOR | CASE NO. |
|---|---|
| A 3 Theatres of San Antonio, Ltd. | 22-90167 |
| Cineworld Group plc | 22-90168 |
| Cinebarre, LLC | 22-90169 |
| Busby AssignCo, LLC | 22-90170 |
| Cinemas Associates, LLC | 22-90171 |
| Augustus 1 Limited | 22-90245 |
| 13th Avenue Partners, L.L.C. | 22-90172 |
| Regal Gallery Place, LLC | 22-90173 |
| The Movie Machine, L.L.C. | 22-90174 |
| Regal Entertainment Holdings, Inc. | 22-90175 |
| A 3 Theatres of Texas, Inc. | 22-90176 |
| Cineworld Cinemas Holdings Limited | 22-90243 |
| Cineworld Cinemas Limited | 22-90246 |
| UA Shor, LLC | 22-90177 |
| Cineworld Estates Limited | 22-90231 |
| Regal Entertainment Holdings II LLC | 22-90178 |
| Cineworld Funding (Jersey) Limited | 22-90235 |
| UA Swansea, LLC | 22-90179 |
| Cineworld Holdings Limited | 22-90240 |
| Consolidated Theatres Management, L.L.C. | 22-90180 |

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/cineworld.  The location of Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is:  8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

| | |
|---|---|
| City Screen (Brighton) Limited | 22-90214 |
| Regal Entertainment Group | 22-90181 |
| City Screen (Liverpool) Limited | 22-90216 |
| United Artists Properties I Corp. | 22-90182 |
| Regal/ATOM Holdings, LLC | 22-90183 |
| City Screen (S.O.A.) Limited | 22-90218 |
| City Screen (Stratford) Limited | 22-90223 |
| United Artists Realty Company | 22-90184 |
| City Screen (York) Limited | 22-90227 |
| Regal Distribution, LLC | 22-90185 |
| Regal Cinemas Holdings, Inc. | 22-90186 |
| Regal/Cinebarre Holdings, LLC | 22-90187 |
| Crown Finance US, Inc. | 22-90188 |
| Regal Distribution Holdings, LLC | 22-90189 |
| Frederick Plaza Cinema, Inc. | 22-90190 |
| Crown UK HoldCo Limited | 22-90234 |
| Crown Intermediate Holdco, Inc. | 22-90191 |
| RCI/FSSC, LLC | 22-90192 |
| Regal Cinemas II, LLC | 22-90193 |
| Crown Theatre Corporation | 22-90194 |
| Eastgate Theatre, Inc. | 22-90195 |
| RCI/RMS, LLC | 22-90196 |
| Regal Cinemas, Inc. | 22-90197 |
| Edwards Theatres, Inc. | 22-90198 |
| Great Escape LLC | 22-90210 |
| Great Escape of Nitro, LLC | 22-90221 |
| Regal CineMedia Corporation | 22-90199 |
| Great Escape of O'Fallon, LLC | 22-90226 |
| Regal-18 LLC | 22-90200 |
| Great Escape Theatres of Bowling Green, LLC | 22-90232 |
| Regal CineMedia Holdings, LLC | 22-90201 |
| Regal Cinemas Corporation | 22-90202 |
| Great Escape Theatres of Harrisburg, LLC | 22-90236 |
| Great Escape Theatres of Lebanon, LLC | 22-90239 |
| Ragains Enterprises LLC | 22-90203 |
| R.C. Cobb II, LLC | 22-90204 |
| Great Escape Theatres of New Albany, LLC | 22-90242 |
| R.C. Cobb, Inc. | 22-90205 |
| Great Escape LaGrange LLC | 22-90206 |
| Picturehouse Bookings Limited | 22-90219 |
| Picturehouse Cinemas Limited | 22-90225 |
| Picturehouse Entertainment Limited | 22-90229 |
| Regal Investment Company | 22-90222 |
| Regal Licensing, LLC | 22-90233 |
| Regal Stratford, Inc. | 22-90238 |

| | |
|---|---|
| Regal/DCIP Holdings, LLC | 22-90207 |
| RegalRealty - 17, LLC | 22-90211 |
| Richmond I Cinema, L.L.C. | 22-90215 |
| Augustus 2 Limited | 22-90247 |
| Empire Cinema 2 Limited | 22-90248 |
| Basildon Cinema Number Two 2 Limited | 22-90249 |
| United Artists Theatre Circuit II, LLC | 22-90208 |
| United Artists Theatre Circuit, Inc. | 22-90212 |
| Bromley Cinema 2 Limited | 22-90250 |
| United Artists Theatre Company | 22-90213 |
| Cine-UK Limited | 22-90251 |
| Valeene Cinemas, LLC | 22-90217 |
| Basildon Cinema 2 Limited | 22-90252 |
| Gallery Cinemas Limited | 22-90253 |
| Wallace Theater Holdings, Inc. | 22-90220 |
| Warren Oklahoma Theatres, Inc. | 22-90224 |
| Gallery Holdings Limited | 22-90254 |
| Hemel Hepstead Two Cinema 2 Limited | 22-90255 |
| Classic Cinemas Limited | 22-90230 |
| Newcastle Cinema 2 Limited | 22-90256 |
| Newman Online Limited | 22-90257 |
| Cineworld Cinema Properties Limited | 22-90241 |
| CS (Brixton) Limited | 22-90258 |
| CS (Exeter) Limited | 22-90259 |
| Cineworld Elite Picture Theatre (Nottingham) Limited | 22-90228 |
| Cineworld South East Cinemas Limited | 22-90209 |
| CS (Norwich) Limited | 22-90260 |
| Hoyts Cinemas Corporation | 22-90261 |
| Oklahoma Warren Theatres II, LLC | 22-90262 |
| McIntosh Properties, LLC | 22-90263 |
| Interstate Theatres Corporation | 22-90264 |
| Cineworld HunCo Kft. | 22-90244 |
| Hollywood Theaters III, Inc. | 22-90265 |
| Pacific Rim Business Development Corporation | 22-90266 |
| Lois Business Development Corporation | 22-90267 |
| Poole Cinema 2 Limited | 22-90237 |
| Next Generation Network, Inc. | 22-90268 |
| Oklahoma Warren Theatres, LLC | 22-90269 |
| Hollywood Theaters, Inc | 22-90270 |
| Great Escape Theatres, LLC | 22-90271 |

**PLEASE TAKE NOTICE THAT:**

On September 7, 2022 (the "Petition Date"), Cineworld Group plc and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), each filed a voluntary

petition for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

On November 7, 2022, the Court entered an order [Docket No. 775] (the "Bar Date Order")[2] establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim, including requests for payment pursuant to section 503(b)(9) of the Bankruptcy Code ("Proofs of Claim").

For your convenience, enclosed with this notice (this "Notice") is a Proof of Claim form, which identifies on its face, if applicable, the amount, nature, and classification of your claim(s), if any, listed in the Debtors' schedules of assets and liabilities filed in these cases (the "Schedules"). If the Debtors believe that you hold claims against more than one Debtor, you will receive multiple Proof of Claim forms, each of which will reflect, if applicable, the nature and amount of your claim as listed in the Schedules.

As used in this Notice, the term "entity" has the meaning given to it in section 101(15) of the Bankruptcy Code, and includes all persons, estates, trusts, governmental units, and the Office of the United States Trustee for the Southern District of Texas. In addition, the terms "persons" and "governmental units" are defined in sections 101(41) and 101(27) of the Bankruptcy Code, respectively.

As used in this Notice, the term "claim" means, as to or against the Debtors and in accordance with section 101(5) of the Bankruptcy Code: (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

## I.     THE BAR DATES.

The Bar Date Order establishes the following bar dates for filing Proofs of Claim in these chapter 11 cases (the "Bar Dates").

      a.     ***The Claims Bar Date***. Pursuant to the Bar Date Order, except as described below, all entities (except governmental units) holding claims against the Debtors that arose or are deemed to have arisen prior to the commencement of these cases on the Petition Date, ***including requests for payment pursuant to section 503(b)(9) of the Bankruptcy Code, are required to file Proofs of Claim by Tuesday, January 17, 2023, at 5:00 p.m., prevailing Central Time***. Except as expressly set forth in this Notice and the Bar Date Order, the Claims Bar Date applies to all types of claims against the Debtors

---

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bar Date Order.

that arose prior to the Petition Date, including secured claims, unsecured priority claims, and unsecured non-priority claims.

b.  ***The Governmental Bar Date***.  Pursuant to the Bar Date Order, ***all governmental units holding claims against the Debtors that arose or are deemed to have arisen prior to the commencement of these cases on the Petition Date are required to file Proofs of Claim by the Governmental Bar Date (i.e., by Monday, March 6, 2023, at 5:00 p.m., prevailing Central Time)***.  The Governmental Bar Date applies to all governmental units holding claims against the Debtors (whether secured, unsecured priority, or unsecured non-priority) that arose prior to the Petition Date, including governmental units with claims against the Debtors for unpaid taxes, whether such claims arise from prepetition tax years or periods or prepetition transactions to which the Debtors were a party.

c.  ***The Rejection Damages Bar Date***.  Pursuant to the Bar Date Order, all entities holding claims arising from the Debtors' rejection of executory contracts and unexpired leases are required to file Proofs of Claim by the Rejection Damages Bar Date, (*i.e.*, by the date that is ***the later of (i) the Claims Bar Date or the Governmental Bar Date***, as applicable, ***(ii) 5:00 p.m., prevailing Central Time, on the date that is thirty (30) days following entry of the order approving the rejection of the applicable executory contract or unexpired lease of the Debtors, and (iii) 5:00 p.m., prevailing Central Time, on the date that is thirty (30) days following the effective date of the Debtors' rejection of the applicable executory contract or unexpired lease***).  Counterparties to unexpired leases of non-residential real property shall not be required to file prepetition claims against any of the Debtors unless and until the applicable lease is rejected by the Debtors.

d.  ***Amended Schedules Bar Date***.  Pursuant to the Bar Date Order, all entities holding claims affected by the amendment to the Debtors' Schedules are required to file Proofs of Claim by the Amended Schedules Bar Date (*i.e.*, by the date that is ***the later of (i) the Claims Bar Date or the Governmental Bar Date***, as applicable, and ***(ii) 5:00 p.m., prevailing Central Time, on the date that is thirty (30) days from the date on which the Debtors mail notice of the amendment of the Schedules***).

**THE BAR DATES ESTABLISHED BY THE BAR DATE ORDER AND REFERENCED IN THIS NOTICE SUPERSEDE ANY BAR DATES ESTABLISHED, FILED, NOTICED, OR PREVIOUSLY SERVED IN THESE CHAPTER 11 CASES.**

II.  **WHO MUST FILE A PROOF OF CLAIM**.

Except as otherwise set forth herein, the following entities holding claims against the Debtors that arose (or that are deemed to have arisen) prior to the Petition Date ***must*** file Proofs of Claim on or before the Claims Bar Date, the Governmental Bar Date, or any other applicable bar date set forth in the Bar Date Order, as applicable:

a.    any entity whose claim against a Debtor is not listed in the applicable Debtor's Schedules or is listed as contingent, unliquidated, or disputed if such entity desires to participate in any of these chapter 11 cases or share in any distribution in any of these chapter 11 cases;

b.    any entity who believes that its claim is improperly classified in the Schedules or is listed in an incorrect amount and who desires to have its claim allowed in a different classification or amount other than that identified in the Schedules;

c.    any former or present full-time, part-time, salaried, or hourly employees whose claim relates to any grievance, including claims for wrongful termination, discrimination, harassment, hostile work environment, retaliation, and/or unpaid severance, to the extent grounds for such grievances arose on or prior to the Petition Date; *provided* that current employees of the Debtors are not required to file a Proof of Claim for wages, commissions, benefits, or severance if an order of this Court authorized the Debtors to honor such claim in the ordinary course of business;

d.    any entity that believes that its prepetition claim as listed in the Schedules is not an obligation of the specific Debtor against which the claim is listed and that desires to have its claim allowed against a Debtor other than that identified in the Schedules; and

e.    any entity who believes that its claim against a Debtor is or may be an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code.

Wilmington Trust, National Association, as administrative agent under the Settlement Credit Agreement, is authorized to file a single Proof of Claim pursuant to section 501(a) of the Bankruptcy Code before the Claims Bar Date on behalf of individual lenders under the Settlement Credit Agreement on account of such lenders' claims for the payment of principal, interest, and/or other applicable fees and charges arising under the Settlement Facility and BNY Mellon Corporate Trustee Services Limited, as trustee under the Trust Deed with respect to the Convertible Bonds, is authorized to file a single Proof of Claim pursuant to section 501(a) of the Bankruptcy Code before the Claims Bar Date on behalf of individual bondholders under the Trust Deed on account of such bondholders' claims for the payment of principal, interest, and/or other applicable fees and charges arising under the Trust Deed.

## III.    PARTIES WHO DO NOT NEED TO FILE PROOFS OF CLAIM.

Certain parties are not required to file Proofs of Claim. The Court may, however, enter one or more separate orders at a later time requiring creditors to file Proofs of Claim for some kinds of the following claims and setting related deadlines. If the Court does enter such an order, you will receive notice of it. The following entities holding claims that would otherwise be subject to the Bar Dates, in the capacities described below, need *not* file Proofs of Claims:

a.  the U.S. Trustee, on account of claims for fees payable pursuant to 28 U.S.C. § 1930;

a.  any entity that already has filed a signed Proof of Claim against the applicable Debtor with the Claims and Noticing Agent in a form substantially similar to Official Form 410 with respect to the claim asserted therein;

b.  any entity whose claim is listed on the Schedules if: (i) the claim is **not** scheduled by the Debtors as any of "disputed," "contingent," or "unliquidated;" (ii) such entity agrees with the amount, nature, and priority of the claim as set forth in the Schedules; and (iii) such entity does not dispute that its claim is an obligation only of the specific Debtor against which the claim is listed in the Schedules;

c.  any entity whose claim has previously been allowed by a final order of the Court;

d.  any Debtor having a claim against another Debtor, or any claim by a non-Debtor subsidiary (whether direct or indirect and whether wholly owned or not) of Cineworld Group plc against any of the Debtors;

e.  any entity whose claim is solely against any non-Debtor affiliates;

f.  any entity whose claim has been paid in full by a Debtor pursuant to the Bankruptcy Code or in accordance with a Court order;

g.  any counterparty to an executory contract or unexpired lease whose contract or lease has been assumed or assumed and assigned by the Debtors, solely with respect to claims arising under such contract or lease;

h.  a current employee of the Debtors, if an order of this Court authorized the Debtors to honor such claim in the ordinary course of business as a wage, commission, or benefit; *provided* that a current employee must submit a Proof of Claim by the Claims Bar Date for all other claims arising before the Petition Date, including claims for wrongful termination, discrimination, harassment, hostile work environment, and/or retaliation;

i.  any current or former officer, manager, director, or employee for claims based on indemnification, contribution, or reimbursement;

j.  any entity holding a claim for which a separate deadline is fixed by this Court;

k.  any entity holding a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration incurred in the ordinary course, including any professionals retained by the Creditors' Committee, or any other statutory committee, that assert administrative

claims for fees and expenses subject to the Court's approval pursuant to sections 330 and 331 of the Bankruptcy Code, but in each case, solely to the extent of such administrative claim(s); *provided* that any entity asserting a claim entitled to priority under section 503(b)(9) of the Bankruptcy Code must assert such claims by filing a request for payment or a Proof of Claim on or prior to the Claims Bar Date;

l.      any person or entity that is exempt from filing a Proof of Claim pursuant to an order of the Court in these Chapter 11 Cases, including, without limitation, pursuant to the *Corrected and Amended Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [ECF No. 676]* [Docket No. 722] (the "<u>DIP Order</u>");

m.      any holder of a claim for any fees, expenses, or other obligations arising or payable under the DIP Order; and

n.      any entity holding an equity interest in any Debtor.

## IV.   INSTRUCTIONS FOR FILING PROOFS OF CLAIM.

The following requirements shall apply with respect to filing and preparing each Proof of Claim:

a.      ***Contents***.  Each Proof of Claim must: (i) be written in legible English; (ii) include a claim amount denominated in United States dollars; (iii) conform substantially with the Proof of Claim Form provided by the Debtors or Official Form 410; and (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant on behalf of the claimant, whether such signature is an electronic signature or is ink.

b.      ***Section 503(b)(9) Claim***.  Any Proof of Claim asserting a claim entitled to priority under section 503(b)(9) of the Bankruptcy Code must also:  (i) include the value of the goods delivered to and received by the Debtors in the twenty (20) days prior to the Petition Date; (ii) attach any documentation identifying the particular invoices for which such claim is being asserted; and (iii) attach documentation of any reclamation demand made to the Debtors under section 546(c) of the Bankruptcy Code (if applicable).

c.      ***Electronic Signatures Permitted***.  Only ***original*** Proofs of Claim signed electronically or in ink by the claimant or an authorized agent or legal representative of the claimant may be deemed acceptable for purposes of claims administration.  Copies of Proofs of Claim, or Proofs of Claim sent by facsimile or electronic mail, will not be accepted.

d.     ***Identification of the Debtor Entity***.  Each Proof of Claim must clearly identify the specific Debtor against which a claim is asserted, including the individual Debtor's case number.  A Proof of Claim filed under the joint administration case number (No. 22-90168 (MI)), or otherwise without identifying a specific Debtor, will be deemed as filed only against Regal Cinemas, Inc.

e.     ***Claim Against Multiple Debtor Entities***.  Each Proof of Claim must state a claim against ***only one*** Debtor and clearly indicate the Debtor against which the claim is asserted.  To the extent more than one Debtor is listed on the Proof of Claim, such claim may be treated as if filed only against Regal Cinemas, Inc.

f.     ***Supporting Documentation in Order to Have*** **Prima Facie** ***Validity***.  In order to have *prima facie* validity, each claim of a type specified in Bankruptcy Rules 3001(c) and 3001(d) must include supporting documentation.  If, however, such documentation is voluminous, such Proof of Claim may include a summary of such documentation or an explanation as to why such documentation is not available; *provided* that (i) the Proof of Claim contain current contact information for the creditor or its designated representative from whom the Debtors may request the full supporting documentation and (ii) such party must produce the supporting documentation to the Debtors' counsel upon request no later than ten (10) days from the date of such request.

g.     ***Timely Service***.  Each Proof of Claim must be filed or submitted, including supporting documentation, through any of the following methods:  (i) electronic submission through PACER (Public Access to Court Electronic Records at https://ecf.txsb.uscourts.gov/), (ii) electronic submission using the interface available on the Claims and Noticing Agent's website at https://cases.ra.kroll.com/cineworld, or (iii) if submitted through non-electronic means, by U.S. mail or other hand delivery system, so as to be ***actually received*** by the Claims and Noticing Agent on or before the Claims Bar Date, the Governmental Bar Date, or other applicable Bar Date, as applicable, at the following address:

**If by First-Class Mail Hand Delivery or Overnight Mail:**
Cineworld Group plc Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**PROOFS OF CLAIM SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL NOT BE ACCEPTED.**

h.     ***Receipt of Service***.  Claimants submitting a Proof of Claim through non-electronic means wishing to receive acknowledgment that their Proofs of

Claim were received by the Claims and Noticing Agent must submit (i) a copy of the Proof of Claim Form (in addition to the original Proof of Claim Form sent to the Claims and Noticing Agent) and (ii) a self-addressed, stamped envelope.

## V.   CONSEQUENCES OF FAILING TO TIMELY FILE YOUR PROOF OF CLAIM.

Pursuant to the Bar Date Order and in accordance with Bankruptcy Rule 3003(c)(2), if you or any party or entity who is required, but fails, to file a Proof of Claim in accordance with the Bar Date Order on or before the applicable Bar Date, please be advised that:

<ol type="a">
<li>YOU WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS (OR FILING A PROOF OF CLAIM WITH RESPECT THERETO);</li>

<li>THE DEBTORS AND THEIR PROPERTY SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO OR ARISING FROM SUCH CLAIM;</li>

<li>YOU WILL NOT RECEIVE ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF THAT CLAIM; AND</li>

<li>YOU WILL NOT BE PERMITTED TO VOTE ON ANY PLAN OR PLANS OF REORGANIZATION FOR THE DEBTORS ON ACCOUNT OF THESE BARRED CLAIMS OR RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.</li>
</ol>

## VI.   RESERVATION OF RIGHTS.

Nothing contained in this Notice is intended to or should be construed as a waiver of the Debtors' right to:  (a) dispute, or assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedules as to the nature, amount, liability, or classification thereof; (b) subsequently designate any scheduled claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules.

## VII.   THE DEBTORS' SCHEDULES AND ACCESS THERETO.

You may be listed as the holder of a claim against one or more of the Debtor entities in the Debtors' Schedules.  To determine if and how you are listed on the Schedules, please refer to the descriptions, if applicable, set forth on the enclosed Proof of Claim forms regarding the nature, amount, and status of your claim(s), if any.  If the Debtors believe that you may hold claims against more than one Debtor entity, you will receive multiple Proof of Claim forms, each of which will reflect the nature and amount of your claim against one Debtor entity, as listed in the Schedules.

If you rely on the Debtors' Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules.  However, you may rely on the enclosed form, which, if applicable:  (a) sets forth the amount of your claim (if any) as scheduled; (b) identifies the Debtor

entity against which it is scheduled; and (c) identifies whether your claim is scheduled as a secured, unsecured priority, or unsecured non-priority claim.

As described above, if you agree with the nature, amount, and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim is only against the Debtor entity specified by the Debtors, and if your claim is not described in the Debtors' Schedules as "disputed," "contingent," or "unliquidated," you need **not** file a Proof of Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Notice.

**VIII.   ADDITIONAL INFORMATION**.

Copies of the Debtors' Schedules, the Bar Date Order, and other information regarding these chapter 11 cases are available for inspection free of charge on the Debtors' website at https://cases.ra.kroll.com/cineworld.  The Schedules and other filings in these chapter 11 cases also are available for a fee at the Court's website at https://ecf.txsb.uscourts.gov/.  A login identification and password to the Court's Public Access to Court Electronic Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov.  Copies of the Schedules and other documents filed in these cases also may be examined between the hours of 8:00 a.m. and 5:00 p.m., prevailing Central Time, Monday through Friday, at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of Texas, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002.

If you require additional information regarding the filing of a Proof of Claim, you may contact the Debtors' restructuring hotline at:  (844) 648-5574 (Toll Free U.S.) or (845) 295-5705 (Non-U.S. Parties).

---

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

---

**Exhibit D**

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS (HOUSTON DIVISION)**

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | |
|---|---|---|---|
| ☐ Cineworld Group plc (Case No. 22-90168) | ☐ 13th Avenue Partners, L.L.C. (Case No. 22-90172) | ☐ A 3 Theatres of San Antonio, Ltd. (Case No. 22-90167) | ☐ A 3 Theatres of Texas, Inc. (Case No. 22-90176) |
| ☐ Augustus 1 Limited (Case No. 22-90245) | ☐ Augustus 2 Limited (Case No. 22-90247) | ☐ Basildon Cinema 2 Limited (Case No. 22-90252) | ☐ Basildon Cinema Number Two 2 Limited (Case No. 22-90249) |
| ☐ Bromley Cinema 2 Limited (Case 22-90250) | ☐ Busby AssignCo, LLC (Case No. 22-90170) | ☐ Cinebarre, LLC (Case No. 22-90169) | ☐ Cinemas Associates, LLC (Case No. 22-90171) |
| ☐ Cine-UK Limited (Case No. 22-90251) | ☐ Cineworld Cinema Properties Limited (Case No. 22-90241) | ☐ Cineworld Cinemas Holdings Limited (Case No. 22-90243) | ☐ Cineworld Cinemas Limited (Case No. 22-90246) |
| ☐ Cineworld Elite Picture Theatre (Nottingham) Limited (Case No. 22-90228) | ☐ Cineworld Estates Limited (Case No. 22-90231) | ☐ Cineworld Funding (Jersey) Limited (Case No. 22-90235) | ☐ Cineworld Holdings Limited (Case No. 22-90240) |
| ☐ Cineworld HunCo Kft. (Case No. 22-90244) | ☐ Cineworld South East Cinemas Limited (Case No. 22-90239) | ☐ City Screen (Brighton) Limited (Case No. 22-90222) | ☐ City Screen (Liverpool) Limited (Case No. 22-90216) |
| ☐ City Screen (S.O.A.) Limited (Case No. 22-90218) | ☐ City Screen (Stratford) Limited (Case No. 22-90223) | ☐ City Screen (York) Limited (Case No. 22-90227) | ☐ Classic Cinemas Limited (Case No. 22-90230) |
| ☐ Consolidated Theatres Management, L.L.C. (Case No. 22-90180) | ☐ Crown Finance US, Inc. (Case No. 22-90188) | ☐ Crown Intermediate Holdco, Inc. (Case No. 22-90191) | ☐ Crown Theatre Corporation (Case No. 22-90194) |
| ☐ Crown UK HoldCo Limited (Case No. 22-90234) | ☐ CS (Brixton) Limited (Case No. 22-90258) | ☐ CS (Exeter) Limited (Case No. 22-90259) | ☐ CS (Norwich) Limited (Case No. 22-90260) |
| ☐ Eastgate Theatre, Inc. (Case No. 22-90195) | ☐ Edwards Theatres, Inc. (Case No. 22-90198) | ☐ Empire Cinema 2 Limited (Case No. 22-90248) | ☐ Frederick Plaza Cinema, Inc. (Case No. 22-90190) |
| ☐ Gallery Cinemas Limited (Case No. 22-90253) | ☐ Gallery Holdings Limited (Case No. 22-90254) | ☐ Great Escape LaGrange LLC (Case No. 22-90206) | ☐ Great Escape LLC (Case No. 22-90210) |
| ☐ Great Escape of Nitro, LLC (Case No. 22-90221) | ☐ Great Escape of O'Fallon, LLC (Case No. 22-90226) | ☐ Great Escape Theatres of Bowling Green, LLC (Case No. 22-90220) | ☐ Great Escape Theatres of Harrisburg, LLC (Case No. 22-90236) |
| ☐ Great Escape Theatres of Lebanon, LLC (Case No. 22-90239) | ☐ Great Escape Theatres of New Albany, LLC (Case No. 22-90242) | ☐ Great Escape Theatres, LLC (Case No. 22-90216) | ☐ Hemel Hepstead Two Cinema 2 Limited (Case No. 22-90255) |
| ☐ Hollywood Theaters III, Inc. (Case No. 22-90265) | ☐ Hollywood Theaters, Inc. (Case No. 22-90270) | ☐ Hoyts Cinemas Corporation (Case No. 22-90260) | ☐ Interstate Theatres Corporation (Case No. 22-90264) |
| ☐ Lois Business Development Corporation (Case No. 22-90267) | ☐ McIntosh Properties, LLC (Case No. 22-90263) | ☐ Newcastle Cinema 2 Limited (Case No. 22-90256) | ☐ Newman Online Limited (Case No. 22-90257) |
| ☐ Next Generation Network, Inc. (Case No. 22-90268) | ☐ Oklahoma Warren Theatres II, LLC (Case No. 22-90262) | ☐ Oklahoma Warren Theatres, LLC (Case No. 22-90269) | ☐ Pacific Rim Business Development Corporation (Case No. 22-90266) |
| ☐ Picturehouse Bookings Limited (Case No. 22-90219) | ☐ Picturehouse Cinemas Limited (Case No. 22-90225) | ☐ Picturehouse Entertainment Limited (Case No. 22-90229) | ☐ Poole Cinema 2 Limited (Case No. 22-90237) |
| ☐ R.C. Cobb II, LLC (Case No. 22-90204) | ☐ R.C. Cobb, Inc. (Case No. 22-90205) | ☐ Ragains Enterprises LLC (Case No. 22-90203) | ☐ RCI/FSSC, LLC (Case No. 22-90192) |
| ☐ RCI/RMS, LLC (Case No. 22-90196) | ☐ Regal Cinemas Corporation (Case No. 22-90202) | ☐ Regal Cinemas Holdings, Inc. (Case No. 22-90201) | ☐ Regal Cinemas II, LLC (Case No. 22-90193) |
| ☐ Regal Cinemas, Inc. (Case No. 22-90197) | ☐ Regal CineMedia Corporation (Case No. 22-90199) | ☐ Regal CineMedia Holdings, LLC (Case No. 22-90200) | ☐ Regal Distribution Holdings, LLC (Case No. 22-90189) |
| ☐ Regal Distribution, LLC (Case No. 22-90185) | ☐ Regal Entertainment Group (Case No. 22-90181) | ☐ Regal Entertainment Holdings II LLC (Case No. 22-90178) | ☐ Regal Entertainment Holdings, Inc. (Case No. 22-90175) |
| ☐ Regal Gallery Place, LLC (Case No. 22-90173) | ☐ Regal Investment Company (Case No. 22-90222) | ☐ Regal Licensing, LLC (Case No. 22-90233) | ☐ Regal Stratford, Inc. (Case No. 22-90238) |
| ☐ Regal/ATOM Holdings LLC (Case No. 22-90183) | ☐ Regal/Cinebarre Holdings, LLC (Case No. 22-90187) | ☐ Regal/DCIP Holdings, LLC (Case No. 22-90207) | ☐ Regal-18 LLC (Case No. 22-90200) |
| ☐ RegalRealty - 17, LLC (Case No. 22-90211) | ☐ Richmond I Cinema, L.L.C. (Case No. 22-90215) | ☐ The Movie Machine, L.L.C. (Case No. 22-90174) | ☐ UA Shor, LLC (Case No. 22-90177) |
| ☐ UA Swansea, LLC (Case No. 22-90179) | ☐ United Artists Properties I Corp. (Case No. 22-90186) | ☐ United Artists Realty Company (Case No. 22-90184) | ☐ United Artists Theatre Circuit II, LLC (Case No. 22-90208) |
| ☐ United Artists Theatre Circuit, Inc. (Case No. 22-90212) | ☐ United Artists Theatre Company (Case No. 22-90213) | ☐ Valeene Cinemas, LLC (Case No. 22-90217) | ☐ Wallace Theater Holdings, Inc. (Case No. 22-90220) |
| ☐ Warren Oklahoma Theatres, Inc. (Case No. 22-90224) | | | |

Modified Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

**Part 1:** | **Identify the Claim**

| | | |
|---|---|---|
| 1. | **Who is the current creditor?** | _____<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |

| | | |
|---|---|---|
| 2. | **Has this claim been acquired from someone else?** | ☐ No<br>☐ Yes. From whom? _____ |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| | |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

| | | |
|---|---|---|
| 4. | **Does this claim amend one already filed?** | ☐ No<br>☐ Yes.   Claim number on court claims registry (if known)_____  Filed on _____<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM   / DD   / YYYY |

| | | |
|---|---|---|
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br>☐ Yes. Who made the earlier filing? _____ |

**Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. | **Do you have any number you use to identify the debtor?** | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____  ____  ____  ____ |

| | | |
|---|---|---|
| 7. | **How much is the claim?** | $_____. **Does this amount include interest or other charges?**<br>　　　　　　　　　　　　　☐ No<br>　　　　　　　　　　　　　☐ Yes. Attach statement itemizing interest, fees, expenses, or other<br>　　　　　　　　　　　　　　　　charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | | |
|---|---|---|
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                                    $_____

**Amount of the claim that is secured:**      $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | $_____ |

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☐ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.**    $_____

**Part 3:**   **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐   I am the creditor.

☐   I am the creditor's attorney or authorized agent.

☐   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____

MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____

First name                Middle name                Last name

Title _____

Company _____

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____

Number          Street

_____

City                                State          ZIP Code

Contact phone _____   Email _____

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                    12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://cases.ra.kroll.com/cineworld.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Cineworld Group plc, Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also file your claim electronically at** https://cases.ra.kroll.com/cineworld/EPOC-Index.

| Do not file these instructions with your form |

**PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:**

**General Bar Date (including claims pursuant to section 503(b)(9) of the Bankruptcy Code): January 17, 2023 at 5:00 p.m., prevailing Central Time**

**Governmental Bar Date: March 6, 2023 at 5:00 p.m., prevailing Central Time**

**Please send completed Proof(s) of Claim to:**
**Cineworld Group plc Claims Processing Center**
**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**If you have any questions about this notice, please call (844) 648-5574 (US/Canada toll free) or (845) 295-5705 (International), email cineworldinfo@ra.kroll.com or visit https://cases.ra.kroll.com/cineworld.**

**You may also file your claim electronically at https://cases.ra.kroll.com/cineworld/EPOC-Index.**