IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 22-90168 (MI) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. 1093, 1178** |
| CINEWORLD GROUP PLC, *et al.*,[1] | |
| Debtors. | |

**NOTICE OF RESET HEARING ON
FOURTH OMNIBUS LEASE REJECTION MOTION**

**PLEASE TAKE NOTICE** that, on December 8, 2022, the Debtors filed the *Debtors' Fourth Omnibus Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases of Non-Residential Real Property and (B) Abandonment of Certain Personal Property, if any, each Effective as of the Rejection Date, and (II) Granting Related Relief* [Docket No. 1093] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion has been reset for **February 16, 2023, at 10:00 a.m. (prevailing Central Standard Time)** before the Honorable Judge Marvin Isgur, 515 Rusk, Courtroom 404, Houston, Texas, 77002. You may participate in the hearing either in person or via audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. The meeting code is "JudgeIsgur".

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/cineworld. The location of Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is: 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

Click on the settings income in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated: January 20, 2023

**TRAN SINGH LLP**

By: /s/*Susan Tran Adams*
Susan Tran Adams | TBN: 24075648
Brendon Singh | TBN: 24075646
2502 La Branch Street
Houston Texas 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
Email: stran@ts-llp.com
bsingh@ts-llp.com

*Special Conflicts Counsel for the Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                      */s/Susan Tran Adams*
                                      Susan Tran Adams