United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 09, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re:<br><br>CINEWORLD GROUP PLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-90168 (MI)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 1321** |

**ORDER AUTHORIZING THE DEBTORS TO FILE UNDER
SEAL THE NAMES OF CERTAIN CONFIDENTIAL PARTIES IN
INTEREST RELATED TO THE DEBTORS' PROFESSIONAL DECLARATIONS**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession

(collectively, the "Debtors") for entry of an order (this "Order"):  (a) authorizing the Debtors to

redact and file under seal the names of the Confidential Parties consistent with their obligations

under certain executed confidentiality agreements or otherwise in connection with the Debtors'

Professional Declarations; and (b) granting related relief, all as more fully set forth in the Motion;

and upon the First Day Declarations; and this Court having jurisdiction over this matter pursuant

to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28

U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article

III of the United States Constitution; and this Court having found that venue of this proceeding

and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court

having found that the relief requested in the Motion is in the best interests of the Debtors' estates,

their creditors, and other parties in interest; and this Court having found that the Debtors' notice

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/cineworld.  The location of Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is:  8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and also determined that no objections have been filed; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Debtors are authorized, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, to (a) file the Professional Declarations and any documents related thereto with the names of the Confidential Parties under seal and (b) file the unredacted versions of such schedules under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Bankruptcy Local Rule 9037-1.

2.   The names of the Confidential Parties shall remain confidential, shall remain under seal, and shall not be made available to anyone except that the Debtors are authorized to cause the unredacted versions of the Professional Declarations and any documents related thereto to be served on and made available, on a confidential basis, to:  (a) the Court; (b) the U.S. Trustee; (c) counsel for the Committee; (d) counsel for the Ad Hoc Term Loan Group; and (e) any other party as may be ordered by the Court or agreed to in writing by the Debtors and the applicable Professional, in each case under appropriate confidentiality agreements reasonably satisfactory to the Debtors and the applicable Professional, that preserve the confidentiality of the names of the Confidential Parties (and any information derived therefrom).

3.   The Professionals and any party authorized to receive the unredacted versions of the Professional Declarations shall be authorized and directed, subject to Bankruptcy Local

Rule 9037-1, to redact specific references to the information set forth therein from pleadings filed on the public docket maintained in these chapter 11 cases.

4.    During the pendency of these chapter 11 cases, any party who receives the names of the Confidential Parties in accordance with this Order shall not disclose or otherwise disseminate this information to any other person or entity, including in response to a request under the Freedom of Information Act.

5.    Notwithstanding anything in this Order, the Professionals shall amend their disclosures in the Professional Declarations to disclose the Confidential Parties and connections thereto, if any, at the earlier of the conclusion of the Debtors' marketing process or May 15, 2023.

6.    The requirements set forth in Bankruptcy Local Rules 9013-1 and 9037-1 are satisfied by the contents of the Motion.

7.    Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

8.    Any party may file a motion to unseal and disclose the Confidential Parties upon notice and a showing of sufficient cause.

9.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Debtors and the Professionals are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: March 09, 2023

_____
Marvin Isgur
United States Bankruptcy Judge