IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> CINEWORLD GROUP PLC, *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 22-90168 (MI) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) Re: Docket Nos. 490, 645 |

**SECOND SUPPLEMENTAL DECLARATION
OF RICHARD BULMORE IN SUPPORT OF THE DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF ASHURST AS SPECIAL COUNSEL
TO THE BOARD OF DIRECTORS OF DEBTOR CINEWORLD GROUP PLC**

I, Richard Bulmore, being duly sworn, state the following under penalty of perjury:

1. I am a Partner of Ashurst LLP ("Ashurst"), located at London Fruit & Wool Exchange, 1 Duval Square, London, E1 6PW. I have been admitted as a solicitor in England and Wales. There are no disciplinary proceedings pending against me.

2. I submit this second supplemental declaration (this "Second Supplemental Declaration") on behalf of Ashurst in further support of the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Ashurst as Special Counsel to the Board of Directors of Debtor Cineworld Group plc* [Docket No. [490]] (the "Application")[2] of the Debtors. This Second Supplemental Declaration supplements the disclosures set forth in the *Declaration of Richard Bulmore in Support of the Debtors' Application for Entry of an Order Authorizing the*

---

[1] A complete list of each of the debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/cineworld. The location of Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is: 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

[2] Capitalized terms used in this Second Supplemental Declaration but not otherwise defined herein shall have the meanings ascribed to such terms in the Application or the Original Declaration (as defined herein).

*Employment and Retention of Ashurst as Special Counsel to the Board of Directors of Debtor Cineworld Group plc* [Docket No. 490], Ex. A] (the "Original Declaration") and the *First Supplemental Declaration of Richard Bulmore in Support of the Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Ashurst as Special Counsel to the Board of Directors of Debtor Cineworld Group plc* [Docket No. 490], (collectively with the Original Declaration, the "Prior Declarations"). Unless otherwise stated in this Second Supplemental Declaration, I have personal knowledge of the facts set forth herein.

3. This Second Supplemental Declaration is submitted pursuant to section 327 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, Bankruptcy Local Rule 2014-1, and the Prior Declarations. All facts set forth herein are based upon my personal knowledge of Ashurst's practices and Ashurst's representation of the Debtors and information learned from my review of relevant documents and information supplied to me by other parties, including partners or employees of Ashurst. No one individual at Ashurst has personal knowledge of all of the facts set forth in this Second Supplemental Declaration.

4. Following the filing of the Application and the Prior Declarations, the Debtors provided Ashurst an additional list of Potential Parties in Interest. Attached hereto as **Schedule 1** is a list of those additional Potential Parties in Interest that were not previously identified in Schedule 1 of the Application or the Prior Declarations (the "Supplemental Conflicts List").

5. In performing its ongoing obligation to continually monitor its potential conflicts and connections pursuant to Bankruptcy Rule 2014(a), Ashurst performed additional searches of its internal conflicts database for connections with parties identified in the Supplemental Conflicts List.

2

6. Attached hereto as **Schedule 2** is a list of additional Potential Parties in Interest with connections to Ashurst, which connections were discovered after the submission of the Original Declaration.

7. As disclosed on Schedule 2, certain Potential Parties in Interest are current or former Ashurst clients. Ashurst has not represented, nor will Ashurst represent, any of these parties or any of their affiliates in any matter related to these chapter 11 cases. I believe that the supplemental disclosures identified on **Schedule 2** do not impact Ashurst's disinterestedness. I reserve the right to further supplement the Prior Declarations or this Second Supplemental Declaration in the event that Ashurst learns of any additional connections that require disclosure. To the extent any information disclosed herein requires amendment, modification, or supplementation as additional information becomes available, a further supplemental declaration will be filed with this Court pursuant to Bankruptcy Rule 2014(a).

8. Accordingly, to the best of my knowledge, Ashurst is and remains a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that Ashurst: (a) is not a creditor, equity security holder, or insider of the Debtor; (b) was not, within two years before the Petition Date, a director, officer, or employee of the Debtor; and (c) does not have an interest materially adverse to the interest of the Debtors' estate or of any class of creditors or equity security holders.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 9, 2023                                      /s/ Richard Bulmore
                                                                              Richard Bulmore
                                                                              Partner
                                                                              Ashurst

# SCHEDULE 1[1]

## List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Lease Counterparties |
| 1(b) | Litigation Parties/Competitors |
| 1(c) | Top 200 and Significant Vendors |
| 1(d) | Marketing Process Parties |
| 1(e) | Screen Advertising Parties |

---

[1] Ashurst has redacted the Marketing Process Parties and the Screen Advertising Parties identified herein and filed this Second Supplemental Declaration under seal pursuant to the *Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Declarations* [Docket No. 1385].

**SCHEDULE 1(a)**

**Lease Counterparties**

14700 Baltimore Avenue Investors LLC
3503 RP Ontario 4th Street, LLC
AAM - Bossier Corners, LLC
AI FIRE, INC.
AIM Cine Holdco, LLC
ARE-MA Region No. 88 Tenant, LLC
BDC Sonora L.P.
BMA North Village LLC
BP Kingstowne Theatre LLC
Broward Mall LLC
Centennial Real Estate Company
Cerritos TC Property, LLC
Charles River Bellingham II LLC
Circle Centre Mall LLC
Deutsche Asset & Wealth Management
DLC Management Corp.
DS Shopping Center, LLC
DTA Leasehold Owner LLC
E3 Realty MA Advisors, LLC
Fox Tower, LLC
GKC SV SMA I, LLC
Gold's Plaza, LLC
Hafa Adai Bakery
J&M Karsant Family Limited Partnership
J.C.Tenorio Enterprises, Inc
Keystone Real Estate Lending Group, L.P.
KRE Colonie Owner LLC
Laguna Village Investors, LLC
Leaf Capital Funding, LLC
Lighting Technologies International LLC
Marianas Management Corporation
MGP XI-GPI Laurel Plaza, LLC
Novak Webster Place, LLC
OCT Stonefield Owner, LLC
Parkridge Center Retail, LLC
PGIM Real Estate
Pried Holding Company, LLC
Pyramid Management Group, LLC
Rialto Capital Advisors, LLC
Rosebud Wellington Regal One, LLC
Soledad Entertainment LLC
Star-West Great Northern Mall LLC
Star-West Parkway Mall LP
Strategic Value Class 7 B LLC
SVCN 5 LLC
Teachers Insurance and Annuity Association of America
Union Deposit Corporation
Wilshire Rexford Associates
WPG Legacy, LLC.

## **SCHEDULE 1(b)**

### **Litigation Parties/Competitors**

Cineplex Inc

## SCHEDULE 1(c)

### Top 200 and Significant Vendors

Twentieth Century Fox Film Corporation

**SCHEDULE 1(d)**

**Marketing Process Parties**

**[Filed Under Seal]**

## **SCHEDULE 1(e)**

**Screen Advertising Parties**

**[Filed Under Seal]**

## SCHEDULE 2[1]

**Disclosures**

---

[1] Ashurst has redacted the Marketing Process Parties and the Screen Advertising Parties identified on Schedule 1 and filed this Second Supplemental Declaration under seal pursuant to the *Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Declarations* [Docket No. 1385].

### List of Potential Parties in Interest that are Ashurst Clients

| Name of entity searched | Name of entity and/or affiliate that is an Ashurst client | Status |
|---|---|---|
| **Lease Counterparties** | | |
| 14700 Baltimore Avenue Investors LLC | | Not a client |
| 3503 RP Ontario 4th Street, LLC | | Not a client |
| AAM - Bossier Corners, LLC | | Not a client |
| AI FIRE, INC. | | Not a client |
| AIM Cine Holdco, LLC | | Not a client |
| ARE-MA Region No. 88 Tenant, LLC | | Not a client |
| BDC Sonora L.P. | | Not a client |
| BMA North Village LLC | | Not a client |
| BP Kingstowne Theatre LLC | Shareholder: Boston Properties is a client | Not a client |
| Broward Mall LLC | | Not a client |
| Centennial Real Estate Company | | Not a client |
| Cerritos TC Property, LLC | Various MetLife entities are client | Not a client |
| Charles River Bellingham II LLC | | Not a client |
| Circle Centre Mall LLC | | Not a client |
| Deutsche Asset & Wealth Management | Various Deutsche Bank entities are clients | Not a client |
| DLC Management Corp. | | Not a client |
| DS Shopping Center, LLC | | Not a client |
| DTA Leasehold Owner LLC | | Not a client |
| E3 Realty MA Advisors, LLC | | Not a client |
| Fox Tower, LLC | | Not a client |
| GKC SV SMA I, LLC | | Not a client |
| Gold's Plaza, LLC | | Not a client |
| Hafa Adai Bakery | | Not a client |
| J&M Karsant Family Limited Partnership | | Not a client |
| J.C.Tenorio Enterprises, Inc | | Not a client |
| Keystone Real Estate Lending Group, L.P. | | Not a client |
| KRE Colonie Owner LLC | | Not a client |
| Laguna Village Investors, LLC | | Not a client |
| Leaf Capital Funding, LLC | | Not a client |
| Lighting Technologies International LLC | | Not a client |
| Marianas Management Corporation | | Not a client |
| MGP XI-GPI Laurel Plaza, LLC | | Not a client |
| Novak Webster Place, LLC | | Not a client |
| OCT Stonefield Owner, LLC | | Not a client |
| Parkridge Center Retail, LLC | | Not a client |

| Name of entity searched | Name of entity and/or affiliate that is an Ashurst client | Status |
|---|---|---|
| PGIM Real Estate | Various Prudential entities are clients | Not a client |
| Pried Holding Company, LLC | | Not a client |
| Pyramid Management Group, LLC | | Not a client |
| Rialto Capital Advisors, LLC | | Not a client |
| Rosebud Wellington Regal One, LLC | | Not a client |
| Soledad Entertainment LLC | | Not a client |
| Star-West Great Northern Mall LLC | | Not a client |
| Star-West Parkway Mall LP | | Not a client |
| Strategic Value Class 7 B LLC | | Not a client |
| SVCN 5 LLC | | Not a client |
| Teachers Insurance and Annuity Association of America | Teachers Insurance and Annuity Association of America | Former |
| Union Deposit Corporation | | Not a client |
| Wilshire Rexford Associates | | Not a client |
| WPG Legacy, LLC | | Not a client |
| **Litigation Parties/Competitors** | | |
| Cineplex Inc | | Not a client |
| **Top 200 and Significant Vendors** | | |
| Twentieth Century Fox Film Corporation | Parent: Walt Disney is a client | Not a client |
| **Marketing Process Parties** | | |
| [Filed Under Seal] | | |
| **Screen Advertising Parties** | | |
| [Filed Under Seal] | | |