**SIR JOHN HURT**
FILM TRUST

22-90168

Bankruptcy Clerk's Office
United States Courthouse
515 Rusk Avenue
Houston
Texas
77002

United States Courts
Southern District of Texas
F I L E D

MAR 20 2023

Nathan Ochsner, Clerk of Court

Cinema City
St Andrew's Street
Norwich
Norfolk
NR2 4AD

2nd March 2023

Dear Sirs

I am writing as Chairman for and on behalf of the Sir John Hurt Film Trust which is the landlord and counterparty to a Service Level Agreement with City Screen (Norwich) Limited (SLA) - a subsidiary of PictureHouse - which operates a cinema and restaurant in our buildings under various leasehold arrangements (the Leases).

We have followed the development of the bankruptcy proceedings of Cineworld as parent of PictureHouse with interest and concern.

It is particularly relevant to our operation since, as cinema service provider and tenant, PictureHouse's performance has been significantly less than satisfactory and we have, over several years, had to deal with failures of service provision and payment as regularly notified to Cineworld and its advisers, even having a meeting with your CEO to discuss the matter at one point.

While provision has improved in the months since the appointment of your new General Manager, Justin Holmes, we remain committed to ensuring that the cinema meets its cultural remit, and the possible outcomes of the bankruptcy process are of vital concern to us as a trust.

It seems that a sale of PictureHouse, or component parts of the Cineworld Group, is a distinct possibility and as such affects the operation of the cinema here in Norwich.

Therefore, it is incumbent upon the Trust to make the following points, since any potential buyer should be in full possession of the facts:

A) Historically, there had been persistent under delivery of cultural programming in contravention of the SLA which, unless remedied, allows for termination of the SLA and thereby the Lease, by the Trust - the Trust had previously been limited in its ability to pursue legal remedies against PictureHouse due to limited financial resources, however this position has changed and the Trust is committed to holding PictureHouse to its obligations or finding another service provider who will;

B) The Trust reserves the right to exercise our further termination rights in the event of a sale of PictureHouse (or any relevant component or asset of the Cineworld Group) being a Change of Control as defined under the SLA; and,

C) The Trust reiterates that our rent needs to be paid in full from now on, as opposed to the long drawn out processes whereby we reluctantly agreed to allow Picture House to pay a reduced rent and continue operating, otherwise we reserve our rights to terminate the lease.

We would be welcome the opportunity to discuss these matters in more detail.

Yours sincerely

Philip Easter
Chairman
**The Sir John Hurt Film Trust Ltd**