IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CINEWORLD GROUP PLC, *et al.*,[1] | ) ) | Case No. 22-90168 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST
FOR HEARING SCHEDULED FOR JUNE 6, 2023**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file their Witness and Exhibit List for the hearing to be held on **June 6, 2023, at 9:00 a.m. (prevailing Central Time)** (the "Hearing") as follows:

**WITNESSES**

The Debtors may call the following witnesses at the Hearing:

1. Michael Schlappig, Managing Director, PJT Partners LP;

2. Rebuttal witnesses as necessary; and

3. The Debtors reserve the right to cross-examine any witness called by any other party.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/cineworld. The location of Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is: 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1. | Barclays Engagement Letter (Redacted) [Docket No. 1751-1] | | | | | | |
| 2. | Lead Arranger Fee Letter (Redacted) [Docket No. 1751-1] | | | | | | |
| 3. | Declaration of Michael Schlappig in Support of the Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Enter Into the Exit Financing Agreements and (B) Incur and Pay Related Fees, Indemnities, and Expenses and (II) Granting Related Relief [Docket No. 1751-1] | | | | | | |
| 4. | Barclays Engagement Letter (Seal) [Docket No. 1750-1] | | | | | | |
| 5. | Lead Arranger Fee Letter (Seal) [Docket No. 1750-1] | | | | | | |
| | Any document or pleading filed in the above-captioned main cases | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Houston, Texas
Dated:  June 5, 2023

*/s/  Rebecca Blake Chaikin*

| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Rebecca Blake Chaikin (TX Bar No. 24133055) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Veronica A. Polnick (TX Bar No. 24079148) | Ciara Foster (admitted *pro hac vice*) |
| Vienna Anaya (TX Bar No. 24091225) | 601 Lexington Avenue |
| 1401 McKinney Street, Suite 1900 | New York, New York 10022 |
| Houston, TX 77010 | Telephone:     (212) 446-4800 |
| Telephone:     (713) 752-4200 | Facsimile:     (212) 446-4900 |
| Facsimile:     (713) 752-4221 | Email:            joshua.sussberg@kirkland.com |
| Email:           rchaikin@jw.com |                ciara.foster@kirkland.com |
|               vpolnick@jw.com | |
|               vanaya@jw.com | *Co-Counsel to the Debtors* |
| | *and Debtors in Possession* |
| *Co-Counsel to the Debtor* | |
| *and Debtors in Possession* | |

## Certificate of Service

I certify that, on June 5, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Rebecca Blake Chaikin*
Rebecca Blake Chaikin

36442392v.2