United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-90168 |
| **CINEWORLD GROUP PLC**, *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

## ORDER DENYING MOTION TO RECONSIDER

The Court has reviewed the Ad Hoc Shareholder Group's Motion to Reconsider the Court's denial of the Group's motion to appoint an equity committee.  (ECF No. 1899).  The Motion to Reconsider is denied.

At a hearing held on June 16, 2023 at 10:00 a.m., the Court denied the motion to appoint an equity committee under 11 U.S.C. § 1102(a)(2).  The Court articulated certain criteria that it would be necessary for the Ad Hoc Group to meet to convince the Court to reconsider its denial of the motion.  Considering the evidence at the June 16, 2023 hearing and the contents of the Ad Hoc Group's Motion to Reconsider, it would be inappropriate to force the Estate to bear the substantial costs of an equity committee in this hopelessly insolvent case.  The Motion to Reconsider is denied.

SIGNED 06/21/2023

_____
Marvin Isgur
United States Bankruptcy Judge